UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES DUNN;
DONALD DUNN                    :
                               :   CIVIL ACTION NO.
         Plaintiffs,           :   3:00CV1306 (DJS)
                               :
V.                             :
                               :
                               :
ZIMMER, INC.                   :
                               :
         Defendants.           :   DECEMBER 15, 2003

APPEARANCE

TO:   Clerk
      United States District Court
      District of Connecticut
      450 Main Street, 2nd floor
      Hartford, CT 06103

   Please enter my appearance in the above entitled action as an additional attorney for the plaintiffs.

_____
Robert T. Rimmer
Federal Bar No. ct17238
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444

---

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on December 15, 2003, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN  46825

Robert T. Rimmer ct17238

2-