UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (DJS) |
| | : | |
| v. | : | ALL CASES |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | **TRIAL DATE TO BE DETERMINED** |

## ZIMMER, INC.'S MOTION TO COMPEL

Zimmer, Inc. ("Zimmer"), by its attorneys, respectfully moves this Court to compel the Plaintiffs to reimburse Zimmer for fees paid to Zimmer's expert, Richard Berger, M.D., and an independent witness, Leda Hewka Lada, for fees incurred in depositions noticed by Plaintiffs.

Dated this 30th day of January, 2004.

DEFENDANT, ZIMMER, INC.

By:_____
Albert J. Dahm (ct21710)
Michael S. Elvin (ct21711)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, Indiana 46825
Telephone: (260) 497-6000
Fax: (260) 497-6019
E-mail: bert.dahm@dahmelvin.com

Francis H. Morrison, III (ct04200)
Allan Taylor (ct05332)
Deborah S. Russo (ct18818)
DAY, BERRY & HOWARD, LLP
CityPlace I
Hartford, Connecticut 06103-3499
Telephone: (860) 275-0100
Fax: (860) 275-0343
E-mail: dsrusso@dbh.com

2

## **CERTIFICATION**

     THIS IS TO CERTIFY that on this 30th day of January, 2004, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

                                                                                        _____
                                                                                            Deborah S. Russo