UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (DJS) |
| | : | |
| v. | : | ALL CASES |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | **TRIAL DATE TO BE DETERMINED** |

## ZIMMER, INC.'S NOTICE OF MANUAL FILING

Please take notice that Defendant, Zimmer, Inc. has manually filed the Exhibits A-I to Defendant, Zimmer, Inc.'s Motion to Compel.

The Exhibits A-I have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The Exhibits have been manually served on all parties.

Dated this 30th day of January, 2004.

DEFENDANT, ZIMMER, INC.

By:_____
    Albert J. Dahm (ct21710)
    Michael S. Elvin (ct21711)
    DAHM & ELVIN, LLP
    9604 Coldwater Road, Suite 201
    Fort Wayne, Indiana  46825
    Telephone:  (260) 497-6000
    Fax:  (260) 497-6019
    E-mail:  bert.dahm@dahmelvin.com

    Francis H. Morrison, III (ct04200)
    Allan Taylor (ct05332)
    Deborah S. Russo (ct18818)
    DAY, BERRY & HOWARD, LLP
    CityPlace I
    Hartford, Connecticut  06103-3499
    Telephone:  (860) 275-0100
    Fax:  (860) 275-0343
    E-mail:  dsrusso@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on this 30th day of January, 2004, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

_____
Deborah S. Russo