UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES DUNN, et al.,                 :
                                      :          MASTER DOCKET NO.
            Plaintiffs,               :          3:00CV1306 (DJS)
                                      :
      v.                              :          ALL CASES
                                      :
ZIMMER, INC.,                         :          **TRIAL DATE TO BE DETERMINED**
                                      :
            Defendant.                :          APRIL 1, 2004

**NOTICE OF FILING SUPPLEMENTAL RELEVANT AUTHORITY**

        Please Take Notice that Defendant Zimmer, Inc., respectfully advises the Court of, and

attaches to this Notice, a decision by the United States District Court for the District of

Minnesota relevant to the issues raised in Zimmer, Inc.'s motion for summary judgment pending

before the Court.  The decision is in the form of a Memorandum and Order issued on March 31,

2004 in the action entitled *Johnson v. Zimmer, Inc.,* Civil No. 02-1328 (JRT/FLN).  The decision

is attached.

                        DEFENDANT, ZIMMER, INC.


                        By:_____
                              Francis H. Morrison, III (ct04200)
                              Allan Taylor (ct05332)
                              Deborah S. Russo (ct18818)
                              DAY BERRY & HOWARD, LLP
                              CityPlace I
                              Hartford, Connecticut  06103-3499
                              Telephone:  (860) 275-0100
                              Fax:  (860) 275-0343
                              E-mail:  dsrusso@dbh.com

                              Michael S. Elvin (ct21711)
                              Albert J. Dahm (ct21710)
                              DAHM & ELVIN, L.L.P.
                              9604 Coldwater Road, Suite 201
                              Fort Wayne, Indiana 46825
                              Phone: 260-497-6002

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of April, 2004, a copy of the foregoing **NOTICE OF FILING SUPPLEMENTAL RELEVANT AUTHORITY** was served on the following counsel of record by first-class mail, postage prepaid:

> Robert I. Reardon, Jr.
> THE REARDON LAW FIRM, P.C.
> 160 Hempstead Street
> P.O. Drawer 1430
> New London, Connecticut  06320

_____

Deborah S. Russo