UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES DUNN; : | |
| DONALD DUNN : | CIVIL ACTION NO: |
| : | 3:00CV1306 (DJS) |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | |
| : | |
| ZIMMER, INC. : | |
| : | |
| Defendants. : | OCTOBER 6, 2004 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO: Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

The Plaintiff in the above entitled action hereby notifies the Court of the withdrawal of the appearance of Jennifer L. Booker, formerly of The Reardon Law Firm, P.C.

      /s/ Robert I. Reardon, Jr.
Robert I. Reardon, Jr.
Federal Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on October 6, 2004, to the following counsel of record:

Francis H. Morrison, III, Esq.
Allan Taylor, Esq.
Deborah S. Russo, Esq.
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825

                                                     /s/ Robert I Reardon, Jr.
                                                Robert I. Reardon, Jr.