UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, ET AL, | : | CIVIL ACTION NO: |
| Plaintiffs, | : | 3:00CV1306 (DJS) |
| | : | |
| | : | [pertains to 3:00CV1306(DJS); |
| | : | 3:01CV516(DJS); |
| | : | 3:01CV517(DJS); |
| | : | 3:01CV518(DJS); |
| | : | 3:00CV2270(DJS); |
| | : | 3:02CV637(DJS)] |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| Defendant. | : | DECEMBER 22, 2004 |

**AFFIDAVIT OF ROBERT T. RIMMER REGARDING DEFENDANT ZIMMER, INC.'S OBJECTIONS TO PLAINTIFFS' MOTION TO COMPEL**

STATE OF CONNECTICUT   )
                               )ss.  New London   December 22, 2004
COUNTY OF NEW LONDON   )

I, Robert T. Rimmer, being duly sworn, make affidavit and say that:

1.    I am more than eighteen years of age and believe in the obligations of an oath.

2.    The undersigned has conferred with Albert J. Dahm and Matthew Elvin,

counsel for the defendant, Zimmer, Inc., in an effort in good faith to resolve by agreement the issues raised within the plaintiff's Motion to Compel without the intervention of the Court, but counsel have been unable to reach any agreement.

3.    Attached hereto as Exhibit 1 is a true and correct copy of a December 8, 2004 letter forwarded to Attorney Albert J. Dahm, counsel for the defendant Zimmer, Inc.

4.    Attached hereto as Exhibit 2 is a true and correct copy of a December 21, 2004 letter forwarded to Attorney Robert T. Rimmer from Attorney Albert J. Dahm.

5.    As demonstrated by these two exhibits, the defendant Zimmer, Inc. is unwilling to produce to the plaintiff copies of the transcripts of any depositions of current or former Zimmer employees, agents or consultants including Dr. William H. Harris in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip femoral stem.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2004.


 /s/ (Robert T. Rimmer)
Robert T. Rimmer, Esq.

Subscribed and sworn to, before me, this 22nd day of December, 2004.


/s/ (Gail M. Hull)
Notary Public

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on

December 22, 2004, to the following counsel of record:


Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Attorneys for Zimmer, Inc.


/s/ (Robert T. Rimmer)
Robert T. Rimmer
