# THE REARDON LAW FIRM, P.C.

Personal Injury and Wrongful Death Litigation

December 8, 2004

*4011*

**VIA FACSIMILE 260-497-6019 AND FIRST CLASS MAIL**

Attorney Albert J. Dahm
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825

| Re: | | |
|---|---|---|
| | Dunn, et al. v. Zimmer, Inc. | Docket No. 3:00cv1306 (DJS) |
| | Bogdan, et al. v. Zimmer, Inc. | Docket No. 3:02cv637 (DJS) |
| | Fuentes-Weed v. Zimmer, Inc. | Docket No. 3:01cv517 (DJS) |
| | Johannsen v. Zimmer, Inc. | Docket No. 3:00cv2270 (DJS) |
| | Lopes v. Zimmer, Inc. | Docket No. 3:01cv518 (DJS) |
| | Vino, et al. v. Zimmer, Inc. | Docket No. 3:01cv516(DJS) |
| | Johnson, et al. v. Zimmer, Inc. | Docket No. 02-CV-1328 JRT/FLN |

Dear Attorney Dahm:

Please provide me with copies of deposition transcripts of any current or former Zimmer employees, agents and consultants in any lawsuit alleging the failure or premature loosening of a Zimmer Centralign femoral stem.

I will calendar ten days for your response prior to seeking relief in court.

Very truly yours,

Robert T. Rimmer

ROBERT I. REARDON, JR.*   ROBERT T. RIMMER   JENNIFER L. BOOKER   TRACY L. POPPE
PARALEGALS   KIMBERLY J. FRIEDEL   KYLE E. WININGER   BETH L. BEAMAN   MICHELLE L. IMPELLITTERI
* BOARD CERTIFIED CIVIL TRIAL ATTORNEYS
160 Hempstead Street   P.O. Drawer 1430   New London, CT 06320   860/442-0444   Telefax 860/444-6445
reardonlaw@aol.com

ALBERT J. DAHM
(REPLY TO FORT WAYNE)
DIRECT: (260) 497-6001
E-FAX: (260) 497-4061
E-MAIL: bert.dahm@dahmelvin.com

December 21, 2004

**VIA REGULAR MAIL AND FACSIMILE: (860) 444-6445**

Robert Rimmer
The Reardon Law Firm, P.C.
160 Hempstead Street
PO Drawer 1430
New London, CT 06320

Re: *Dunn, et al. v. Zimmer, Inc.*
*Johnson, et al. v. Zimmer, Inc.*

Dear Mr. Rimmer:

We understand that you are waiting for a response from us to your letter demanding production of deposition transcripts taken of current and former Zimmer employees. Please be advised that as your clients have never served a request for these materials in the Connecticut cases, no supplemental production will be provided. Further, as you well know, in *Johnson* no discovery was served on Zimmer by your clients at all. In any event, the discovery cut-off dates have long passed.

If you believe that your motion will be well-taken, then go ahead and file it. We do not believe such a motion will be well-taken, so we will ask for fees and all other appropriate relief under Rule 37.

Very truly yours,

DAHM & ELVIN, LLP

Albert J. Dahm

AJD/np
(290628v1)