UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, ET AL, | : | CIVIL ACTION NO: |
| Plaintiffs, | : | 3:00CV1306 (DJS) |
| | : | |
| | : | [pertains to 3:00CV1306(DJS); |
| | : | 3:01CV516(DJS); |
| | : | 3:01CV517(DJS); |
| | : | 3:01CV518(DJS); |
| | : | 3:00CV2270(DJS); |
| | : | 3:02CV637(DJS)] |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| Defendant. | : | DECEMBER 22, 2004 |

### PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL

The plaintiffs in the above matter hereby respectfully submit the following memorandum of law in support of their Motion to Compel the production of the transcripts of any depositions of current or former Zimmer employees, agents or consultants including Dr. William H. Harris in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip femoral stem. For the reasons that follow, this motion should be granted and the defendant should be

-1-

ordered to produce the requested materials.

## I.   FACTS AND PROCEEDINGS

The plaintiffs allege that they suffered damages as a result of defective femoral stems that were designed and manufactured by the defendant Zimmer, Inc.  These causes of action are a portion of approximately twenty five cases currently pending against the defendant.  Each of these twenty five cases allege that the defendant Zimmer, Inc. injured the plaintiffs as a result of the defective design of the Centralign Precoat Hip Prosthesis Femoral Stem.

Upon information and belief, the United States District Court for the District of Minnesota has ordered the defendant Zimmer, Inc. to produce the information requested in this Motion to Compel in Orlowski v. Zimmer, Inc., Case No. 03-CV-6076 JRT/FLN, Lancaster v. Zimmer, Inc., Case No. 03-CV-6078 JRT/FLN, Lillebo v. Zimmer, Inc., Case No. 03-CV-2929 JRT/FLN and Reiling v. Zimmer, Inc., 03-CV-2920 JRT/FLN.

In a letter dated December 8, 2004, the undersigned wrote to Attorney Albert J. Dahm, counsel for the defendant Zimmer, Inc. and requested the information referenced in this Motion to Compel.  (See Exhibit 1 attached hereto.)

Despite this request, the defendant has refused to provide the requested information to the plaintiffs (See Exhibit 2 attached hereto.)

**II.   ARGUMENT**

    **A.   Standard of Review**

Fed. R. Civ. P. 26 mandates the discovery of all relevant information, without regard to its potential admissibility at trial. The touchstone for disclosure under Fed. R. Civ. P. 26 is whether the discovery is reasonably calculated to lead to the discovery of admissible evidence. Further, pursuant to Fed. R. Civ. P. 32, a previously taken deposition may be used for any purpose as permitted by the Federal Rules of Evidence. Federal Rule of Evidence 801 provides that a prior statement of a witness given under oath in a deposition is not hearsay. Finally, Federal Rule of Evidence 801 also provides that a statement made by a party is an admission and is not considered hearsay when the statement is made by a party-opponent in a representative capacity.

    **B.   This Court Should Compel The Defendant To Produce The Requested Information**

Upon information and belief the materials requested in this Motion to Compel have been ordered disclosed by the United States District Court for the District of Minnesota in Orlowski v. Zimmer, Inc., Case No. 03-CV-6076 JRT/FLN, Lancaster v. Zimmer, Inc., Case No. 03-CV-6078 JRT/FLN, Lillebo v. Zimmer, Inc., Case No. 03-CV-2929 JRT/FLN and Reiling v. Zimmer, Inc., 03-CV-2920 JRT/FLN.  In Southern Indiana Broadcasting, Ltd. v. F.C.C., 935 F.2d 1340, 1342(D.C.Cir. 1991), the Court stated that, "Fed.R.Civ.P. Rule 32(a)(2) states that at trial, a deposition so far as admissible under the rules of evidence applied as though the witness were then present and testifying may be used against a party if that party was present at the taking of the deposition or had reasonable notice of it."  The requested transcripts constitute relevant and admissible evidence under the Federal Rules of Civil Procedure and the Federal Rules of Evidence and their disclosure should be ordered by this Court.

III.     **CONCLUSION**

For all the foregoing reasons, this Court should grant the plaintiffs' motion

to compel and should order the defendant to produce the requested materials.

THE PLAINTIFFS

By /s/ (Robert T. Rimmer)       Robert T. Rimmer
**The Reardon Law Firm, P.C.**
Their Attorneys

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on December 22, 2004, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Baker & Daniels
111 E. Wayne Street
Fort Wayne, IN 46802

            By /s/ (Robert T. Rimmer)
            Robert T. Rimmer