UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


Mary Orlowski,                                          03-6076 JRT/FLN

           Plaintiff,

                    v.                              **ORDER**

Zimmer, Inc.,

           Defendants.

_____

Neal A. Eisenbraun, for Plaintiff.
Michael S. Elvin, for Defendant.

_____


**THIS MATTER** came before the undersigned Magistrate Judge on November 1, 2004, on Plaintiff's Motion to Compel [#30].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Plaintiff's Motion to Compel the production of documents responsive to Document Requests No. 44 [#30] is **GRANTED**. Defendant shall produce copies of the transcripts of any depositions of current or former Zimmer employees, agents, or consultants, including Dr. William H. Harris, in any lawsuit alleging the failure and/or premature loosening of a Zimmer centralign hip femoral stem.


DATED: November 4, 2004.              s/ *Franklin L. Noel*
                                      FRANKLIN L. NOEL
                                      United States Magistrate Judge