UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Lancaster,                                      03-6078 JRT/FLN

    Plaintiff,

        v.                                    **ORDER**

Zimmer, Inc.,

    Defendants.

---

Neal A. Eisenbraun, for Plaintiff.
Michael S. Elvin, for Defendant.

---

**THIS MATTER** came before the undersigned Magistrate Judge on November 1, 2004, on Plaintiff's Motion to Compel [#29].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Plaintiff's Motion to Compel the production of documents responsive to Document Request No. 44 [#29] is **GRANTED**. Defendant shall produce copies of the transcripts of any depositions of current or former Zimmer employees, agents, or consultants, including Dr. William H. Harris, in any lawsuit alleging the failure and/or premature loosening of a Zimmer centralign hip femoral stem.

DATED: November 4, 2004.                    s/ *Franklin L. Noel*
                                                                               FRANKLIN L. NOEL
                                                                               United States Magistrate Judge