UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Allen Lillebo and Patricia Lillebo,

   Plaintiffs,

vs.

Zimmer, Inc.,

   Defendant.

---

Court File No. 03-2919

**PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 34, Plaintiffs hereby request that you produce and permit plaintiffs and their attorneys to inspect and copy all of the following designated documents at a time and place to be designated by counsel. You are further requested to provide a written response to these Requests in accordance with Rule 34 within thirty (30) days from the date of service.

## INSTRUCTIONS

1. In responding to these Requests, you are required to furnish all responsive documents that are in your possession, custody or control, including documents in the possession, custody or control of your officers, directors or employees and anyone else acting on your behalf or otherwise subject to your control, regardless of whether those documents are located in personal files, company files or the files of a third party, and regardless of the original source of the documents.

2. If any objection is made to part of a Request, that part shall be specified.

**REQUEST NO. 41:**

Any and all computerized images of documents produced by Zimmer in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem. Plaintiffs request that this information be produced in a usable electronic format.

**REQUEST NO. 42:**

Any and all computerized databases relating in any way to documents produced by Zimmer in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem. This requests is limited to the objective information and/or fields of objective information contained in the databases. If the database is also linked to a computerized image of a document, then the necessary computerized link must also be produced. Plaintiffs request that this information be produced in a usable electronic format.

**REQUEST NO. 43:**

Copies of the transcripts of any and all depositions of current or former Zimmer employees, agents or consultants, including Dr. William H. Harris, in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem.

**REQUEST NO. 44:**

Copies of any and all discovery responses made by Zimmer in response to discovery requests made in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem. This request includes, but is not limited to, Zimmer's responses