UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAHM & ELVIN
Received

FEB 23 2004

| | | |
|---|---|---|
| STEVEN LANCASTER, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 03-6078 JRT/FLN |
| vs. | ) ) ) | PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| ZIMMER, INC., | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff requests that you produce and permit Plaintiff and Plaintiff's attorneys to inspect and copy all of the following designated documents at a time and place to be designated by counsel. You are further requested to provide a written response to these Requests in accordance with Rule 34 within thirty (30) days from the date of service.

INSTRUCTIONS

1. In responding to these Requests, you must furnish all responsive documents in your possession, custody or control, including documents in the possession, custody or control of your officers, directors, or employees and anyone else acting on your behalf or otherwise subject to your control, regardless of whether those documents are located in personal files, company files, or the files of a third party, and regardless of the original source of the documents.

2. If any objection is made to part of a Request, that part shall be specified.

3. If any document is withheld under claim of privilege, please furnish a list signed by the person supervising your response identifying each document for which the privilege is claimed, together with the following information with respect to each such document:

REQUEST NO. 41): Any and all computerized images of documents produced by Zimmer in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem. Plaintiffs request that this information be produced in a usable electronic format.

REQUEST NO. 42): Any and all documents produced by Zimmer in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem.

REQUEST NO. 43): Any and all computerized databases relating in any way to documents produced by Zimmer in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem. This requests is limited to the objective information and/or fields of objective information contained in the databases. If the database is also linked to a computerized image of a document, then the necessary computerized link must also be produced. Plaintiffs request that this information be produced in a usable electronic format.

REQUEST NO. 44): Copies of the transcripts of any and all depositions of current or former Zimmer employees, agents or consultants, including Dr. William H. Harris, in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem.

REQUEST NO. 45): Copies of any and all discovery responses made by Zimmer in response to discovery requests made in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign hip implant and/or femoral stem. This request includes, but is not limited to, Zimmer's responses to requests for production of documents, answers to interrogatories, or responses to requests for admissions.

REQUEST NO. 46): Copies of all expert reports served or filed by any party in any lawsuit alleging the failure and/or premature loosening of a Zimmer Centralign implant and/or femoral stem.

REQUEST NO. 47): Copies of all company standards, policies, and procedures relating to e-mail content, retention, or use.