UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES DUNN and
DONALD DUNN,

    Plaintiffs,

v.

ZIMMER, INC.,

    Defendant.

CIVIL NO. 3:00cv1306 (DJS)
Consolidated with 3:01cv516 (DJS),
3:01cv517 (DJS), 3:01cv51 (DJS)

December 15, 2001

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties, by their respective counsel, respectfully request the Court modify its Scheduling Order of September 19, 2001 to extend the deadline dates. The reasons for this joint motion are set forth below.

Before and after the Court entered the current scheduling order, the parties have engaged in a significant amount of discovery. The parties have deposed the plaintiffs, Drs. William Harris, Richard Santore and Steven Woolson, treating physicians Drs. Moeckel and Grady-Benson, Zimmer's 30(b)(6) witnesses, and plaintiffs' expert Curtis Watts. The depositions of Moeckel, Grady-Benson, and Watts were not completed and will be rescheduled for dates in January. Defendant has been unable to begin the deposition of one of plaintiffs' experts due to a medical emergency, and the plaintiffs have noticed additional fact witness depositions for January as well.

Under the present scheduling order, plaintiffs' experts were to have been deposed by November 30, 2001, and the reports of defendants' experts are due on or before December 31, 2001. The other dates in the scheduling order, including the filing of dispositive motions, follow from these dates. Despite diligent efforts by the parties, the deposition of certain fact witnesses

GRANTED in part. All discovery shall be completed by april 19, 2002, this shall include all depositions and all reports. Dispositive motions shall be filed by May 17, 2002 and if no dispositive motion is filed, the parties shall file their joint trial memorandum by June 17, 2002. This case shall be trial ready July, 2002.

/s/ [signature] 1/14/02