09/20/2001 12:44 FAX 860 275 0343    DBH    ☒003

RECEIVED
SEP 2 0 2001
BAI, HARRY & JAMES

94

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES DUNN, ET AL    :
    Plaintiffs

v.    : CIVIL NO.: 3:00cv1306(DJS)
    Consolidated w/ 3:01cv516(DJS)
    3:01cv517(DJS), 3:01cv518(DJS)

ZIMMER, INC.    :
    Defendant

## ORDER

Pursuant to a status conference held on September 12, 2001 the following will control the pretrial proceedings in this case until further order of the Court with the following exceptions: Discovery, including all discovery relating to expert witnesses will be completed by **January 30, 2002.** Reports from plaintiffs' experts will be due by **October 30, 2001**. Depositions of the plaintiffs' experts shall be completed by **November 30, 2001.** Reports from defendant's experts shall be completed by **December 31, 2001**. Depositions of defendant's experts shall be completed by **January 30, 2002.** Dispositive motions, if any, will be filed by **March 6, 2002.**

Motions to Compel **must** be filed within twenty (20) days of either: (1) the failure of an opposing party to provide information on a timely basis pursuant to the time provided for in the rules or by order of this Court; or (2) the movant's receipt of an opposing party's unsatisfactory response to requests for discovery, e.g., responses indicating objections that the movant contends are unjustified. Motions to Compel filed after such deadlines shall be denied for failure to comply with the case management plan.

A joint trial memorandum, per the attached order, shall be filed by **April 5, 2002**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be filed within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery. This case shall be trial ready **May, 2002**.

The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

IT IS SO ORDERED this 19th day of Sept., 2001.

                Dominic J. Squatrito, United States District Judge

n:/mischel/26order -04/18/00

RECEIVED BY
SEP 20 2001
BAKER & DANIELS

AO 72A