UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (DJS) |
| | : | |
| v. | : | ALL CASES |
| | : | |
| ZIMMER, INC., | : | **TRIAL DATE TO BE DETERMINED** |
| | : | |
| Defendant. | : | JANUARY 25, 2005 |

## NOTICE OF FILING SUPPLEMENTAL RELEVANT AUTHORITY

Please Take Notice that Defendant Zimmer, Inc., respectfully advises the Court of, and attaches to this Notice, a decision by the United States District Court for the District of Minnesota relevant to the issues raised in Plaintiffs' motion to compel certain deposition transcripts pending before the Court. The decision is in the form of an Order issued on January 24, 2005 in the action entitled *Johnson v. Zimmer, Inc.,* Civil No. 02-1328 (JRT/FLN) denying a motion to compel brought in a virtually identical procedural setting and seeking the same documents at issue here. The decision is attached.

Respectfully submitted,

DEFENDANT, ZIMMER, INC.

_____
Francis H. Morrison, III (ct04200)
Allan Taylor (ct05332)
Deborah S. Russo (ct18818)
*dsrusso@dbh.com*
CityPlace I
Hartford, Connecticut 06103-3499
Telephone: (860) 275-0100
Facsimile (860) 275-0343

        Michael S. Elvin (ct21711)
        Albert J. Dahm (ct21710)
        DAHM & ELVIN, L.L.P.
        9604 Coldwater Road, Suite 201
        Fort Wayne, Indiana 46825
        Phone: (260) 497-6000

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 25th day of January, 2005, a copy of the foregoing **NOTICE OF FILING SUPPLEMENTAL RELEVANT AUTHORITY** was served on the following counsel of record by first-class mail, postage prepaid:

        Robert I. Reardon, Jr.
        THE REARDON LAW FIRM, P.C.
        160 Hempstead Street
        P.O. Drawer 1430
        New London, Connecticut  06320

        Deborah S. Russo