UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | MASTER DOCKET NO. |
| | : | 3:00CV01306 (DJS) |
| | : | |
| | : | ALL MEMBER CASE NOS: |
| Plaintiffs, | : | 3:00CV2270(DJS) |
| VS. | : | 3:01CV00516(DJS) |
| | : | 3:01CV00517(DJS) |
| | : | 3:01CV00518(DJS) |
| ZIMMER, INC., | : | 3:02CV00637(DJS) |
| | : | |
| Defendant. | : | FEBRUARY 15, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **DEBORAH S. RUSSO** in the above-captioned matter on behalf of the defendant. Other counsel from Day, Berry & Howard have entered an appearance for this defendant.

DEFENDANT, ZIMMER, INC.

By_____
    Deborah S. Russo (ct 18818)
    *dsrusso@dbh.com*
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Their Attorneys

    Albert J. Dahm (ct21710)
    Michael S. Elvin (ct21711)
    DAHM & ELVIN, LLP
    9604 Coldwater Road, Suite 201
    Fort Wayne, Indiana  46825
    Telephone:  (260) 497-6000
    Fax:  (260) 497-6019
    E-mail:  *bert.dahm@dahmelvin.com*

## **CERTIFICATION**

      THIS IS TO CERTIFY that on this 15th day of February, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

                                                       _____
                                                           Deborah S. Russo