UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES DUNN and DONALD DUNN | : |
| Plaintiffs, | : |
| v. | : LEAD CASE NO. 3:00CV1306 (DJS) |
| ZIMMER, INC., | : |
| Defendant. | : |
| ------------------------------------------------------------- | : |
| STACIA BOGDAN and FRANK BOGDAN | : |
| Plaintiffs, | :Pertains only to: :MEMBER CASE NO. 3:02CV637 (DJS) |
| v. | : |
| ZIMMER, INC. | : |
| ------------------------------------------------------------- | : |

<u>JUDGMENT</u>

     This action having come on for consideration of defendant's motion for summary judgment [dkt.#168] before the Honorable Dominic J. Squatrito, United States District Judge. The pending action, Stacia and Frank Bogdan v Zimmer, Inc. No. 3:02cv637 (DJS), was consolidated with the matter of Dunn v Zimmer, No. 3:00cv1306 (DJS), for purpose of conducting discovery. The pending motion for summary judgment was filed in the lead case. The decision concerns only the claims brought by Stacia and Frank Bogdan and

     The court having considered the motion and the full record of the case including applicable principles of law, filed a Memorandum of Decision granting defendant's motion for summary judgment. The claims for product liability, failure to warn, violations of CUTPA and common law fraud are all time barred by the three-year statute of limitations. Accordingly, the derivative claim for loss of consortium is also dismissed, it is hereby

     ORDERED, ADJUDGED and DECREED that defendant's motion for summary judgment is GRANTED. Judgment shall enter in favor of the defendant, Zimmer, on all counts of the complaint.

     Dated at Hartford, Connecticut, this 29th day of March 2005.

                                                  KEVIN F. ROWE, Clerk

                                                By  _____
                                                         Terri Glynn
                                                       Deputy Clerk