UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 20 A 10: 54
DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| DOLORES DUNN, et al., | : MASTER DOCKET NO. |
| | : 3:00CV01306 (DJS) |
| Plaintiffs, | : ALL MEMBER CASE NOS: |
| | : 3:00CV2270(DJS) |
| VS. | : 3:01CV00516(DJS) |
| | : 3:01CV00517(DJS) |
| | : 3:01CV00518(DJS) |
| ZIMMER, INC., | : 3:02CV00637(DJS) |
| | : |
| Defendant. | : April 19, 2005 |

### APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the appearance of the undersigned, Robert E. Koosa, as counsel for the defendants in the above-referenced matter.

DEFENDANT, ZIMMER, INC.

By 

Robert E. Koosa (ct 26191)
*rekoosa@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

Albert J. Dahm (ct21710)
Michael S. Elvin (ct21711)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, Indiana 46825
Telephone: (260) 497-6000
Fax: (260) 497-6019
E-mail: *bert.dahm@dahmelvin.com*

## CERTIFICATION

THIS IS TO CERTIFY that on this 19th day of April, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320

_____
Robert E. Koosa