**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DOLORES DUNN, ET AL                     :
    **Plaintiffs**

    **v.**                                     : CIVIL NO.: 3:00cv1306(DJS)
                               **Consolidated w/ 3:01cv516(DJS)**
                                           **3:01cv517(DJS)**
                                           **3:01cv518(DJS)**
                                           **3:02cv637(DJS)**

ZIMMER, INC.                              :
    **Defendant**

**ORDER**

In the interest of justice, the above-captioned case is hereby transferred to the

Honorable **Janet C. Hall** , United States District Judge, who sits in **Bridgeport**,

Connecticut.  All further pleadings or documents in this matter should be filed with the

Clerk's Office in **Bridgeport** and bear the docket number **3:00cv1306(JCH)**.  Pleadings or

documents related to this action and filed in any other seat of court will be refused at the

Clerk's Office and returned to you unfiled.  See Local Rule 3(a).

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___15th___ day of April, 2005.

                                      /s/DJS_____
                                      Dominic J. Squatrito
                                      United States District Judge