UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONIA FUENTES-WEED, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:01CV517 (~~AHN~~) |
| | : | 3:00CV1306 (LEAD CS.) JCH |
| VS. | : | |
| ZIMMER, INC., | : | |
| Defendant. | : | April 20, 2005 |

## APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the appearance of the undersigned, Robert E. Koosa, as counsel for the defendants in the above-referenced matter.

DEFENDANT, ZIMMER, INC.

By _____
Robert E. Koosa (ct 26191)
*rekoosa@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

Albert J. Dahm (ct21710)
Michael S. Elvin (ct21711)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, Indiana 46825
Telephone: (260) 497-6000
Fax: (260) 497-6019
E-mail: *bert.dahm@dahmelvin.com*

## CERTIFICATION

THIS IS TO CERTIFY that on this 20th day of April, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Scott D. Camassar
Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

 

_____
Robert E. Koosa