UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al. | : | LEAD CASE NO. 3:00CV1306 (DJS) |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ZIMMER, INC. | : | |
|     Defendant. | : | |
| _____ | : | |
| STACIA BOGDAN and FRANK | : | PERTAINS ONLY TO: |
| BOGDAN | : | MEMBER CASE NO. 3:02CV637(DJS) |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ZIMMER, INC. | : | |
|     Defendant. | : | APRIL 22, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs, **Stacia Bogdan and Frank Bogdan**, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on March 29, 2005 granting summary judgment as to all counts of the complaint in favor of the defendant in

1

Docket No. 3:02CV637(DJS).  A copy of the Memorandum of Decision and the

Judgment are attached hereto.

         THE PLAINTIFFS


         <u>/s/ Robert T. Rimmer</u>
         Robert T. Rimmer ct17238
         **The Reardon Law Firm, P.C.**
         160 Hempstead Street
         New London, CT  06320
         Tel:  860-442-0444
         Fax: 860-444-6445
         Email:  reardonlaw@aol.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on April 22, 2005, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 204
Fort Wayne, IN 46825

/s/ Robert T. Rimmer
Robert T. Rimmer

3