Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3
 4
 5
        -----------------------------------x
 6      JOANN LOPES                        :  CIVIL ACTION NO.:
                                           :  3:01 CV518 (DJS)
 7      VS.                                :
                                           :
 8      ZIMMER, INC.                       :
        -----------------------------------x
 9
10
11
12
                 DEPOSITION OF:  JOANN LOPES
13               DATE:  OCTOBER 24, 2001
                 HELD AT:  DAY, BERRY & HOWARD
14                         CITYPLACE I
                           HARTFORD, CONNECTICUT
15
16
17
18
19
20
21
22
23
            Reporter:  MARY Z. ARMANDO, LSR # 00222
24                 BRANDON SMITH REPORTING SERVICE
                      11-A Capitol Avenue
25                 Hartford, Connecticut  06106
                         (860) 549-1850
```

COPY

1  perhaps. I don't know how else to explain it.
2      Q    When do you remember first having trouble
3  with your left hip?
4      A    I don't exactly -- you mean from the first
5  replacement that I had on my hip?
6      Q    Yes. In 1992 you had a right hip replacement
7  and then you started to feel better and at some point
8  then you had some pain in the left.
9      A    I don't remember. I don't remember when I
10 brought it up.
11     Q    Was it before or after the right hip
12 replacement?
13     A    I believe it was after.
14     Q    At that point were you seeing Dr. Moeckel?
15     A    Yes.
16     Q    What did he tell you about the pain you were
17 having in your left hip?
18     A    I don't remember. Are you talking about the
19 first visit or?
20     Q    Yes. When you first started to have pain in
21 your left hip and you saw Dr. Moeckel.
22     A    I'm sorry. I don't remember.
23     Q    Do you remember if he suggested certain
24 exercises that might help you?
25     A    Now that you mention it, yes. I believe that

```
 1   helping your ability to get around?
 2       A    My recollection is that there was more than
 3   one.  I just remember at some point going through
 4   several medications trying to find one.  I guess the
 5   answer is yes.  Yes, I believe, is the correct answer
 6   to that.
 7       Q    Do you remember getting to the point that you
 8   knew that you needed to have the left hip replaced?
 9       A    Yes.
10       Q    And tell me about talking to Dr. Moeckel
11   about that.
12       A    Let me understand.  You said --
13            MR. REARDON:  Replaced is kind of a tricky
14       word because it was a revision.
15            MS. THOMPSON:  I'm sorry.
16   BY MS. THOMPSON:
17       Q    In '95, you got to a point where you knew you
18   were going to have to have total hip replacement on the
19   left, tell me about your conversation with Dr. Moeckel
20   when you --
21       A    I don't remember the exact conversation.  I
22   don't remember how it transpired.
23       Q    But in general.
24       A    There was a point in time where my left hip
25   was bothering me enough where I was seeing him and we
```

1  decided that the time had come to have the left hip
2  replaced.
3      Q    About how long after that did you have the
4  surgery, was it right away?
5      A    Oh, I don't remember.
6      Q    Did Dr. Moeckel talk to you about what kind
7  of device he would implant?
8      A    What do you mean by that?
9      Q    Did he talk to you about who made the device
10 or what the device would be made of?
11     A    No. I don't recall that at all.
12     Q    Did he talk to you about the techniques that
13 he would use?
14     A    Yes, that we discussed.
15     Q    What do you remember about that?
16     A    He said that he wanted to use a different
17 technique than my right hip and that he wanted to use
18 the cement method because at that point in time it was
19 getting to be or was state of the art opposed to when I
20 had had my first hip done.
21     Q    That the cemented technique was state of the
22 art?
23     A    That it was better than what they had done
24 with my right hip.
25     Q    Did he talk to you about his experiences with

```
1   cemented implants in his other patients?
2        A    I don't recall any specifics.
3        Q    Did he ever tell you that he would be using a
4   Zimmer device?
5        A    No.
6        Q    Did he give you any literature to look at
7   from Zimmer?
8        A    No.
9        Q    Had you even heard of Zimmer before?
10       A    No.
11       Q    So in '95 you have this surgery, but at that
12  point Zimmer was -- you never heard of Zimmer.  You
13  never had any contact with anybody who was an employee
14  of Zimmer?
15       A    No.
16       Q    So you have your left hip replaced then in
17  March of '95, did Dr. Moeckel talk to you about what
18  some of the risks would be of this surgery?
19       A    What do you mean by that?
20       Q    Did he go over the risks and benefits of the
21  surgery?
22       A    You mean the standards of an operation?
23       Q    Absolutely.
24       A    Oh, yes.
25       Q    And more specifically, did he go over the
```

Page 42

1   Q   What year was that?
2   A   I don't remember.
3   Q   Do you remember if it was before or after
4   '95?
5   A   It was before.
6   Q   Did you suffer any injuries from that
7   accident?
8   A   I don't remember any.
9   Q   Was there a lawsuit as a result of that
10  accident?
11  A   No.
12  Q   Are you aware of any complications from your
13  1995 hip replacement surgery?
14  A   How do you mean complications?
15  Q   As far as you know, did the surgery go as
16  your doctor intended it?
17      MR. REARDON: Oh, you mean at the time of the
18      surgery?
19      MS. THOMPSON: No. I mean from the surgery.
20  A   No.
21  BY MS. THOMPSON:
22  Q   Earlier we started to talk about your
23  recovery after your left hip replacement in '95.  As
24  you recovered from that surgery, in what ways did you
25  feel different or better than before the surgery?

1    A    You don't have pain in your hip -- well, I
2    didn't have the pain in my hip that I was experiencing
3    prior to the replacement.
4    Q    That must have been a relief. Were you able
5    to resume all your normal, daily activities?
6    A    I believe so.
7    Q    Were you able to drive your car?
8    A    Yes.
9    Q    I think you told me at that point that you
10   had already hired someone to come in and help with the
11   housework, but I assume you still had some housework to
12   do?
13   A    Cooking, you know, pick up inbetween.
14   Q    And you went back to work?
15   A    Yes.
16   Q    After about six weeks?
17   A    Yes.
18   Q    Were you having trouble getting in and out of
19   your car or driving yourself to work at all?
20   A    I was having muscle spasms.
21   Q    Where?
22   A    My back.
23   Q    Anything else?
24   A    I don't remember.
25   Q    But would it be fair for me to say that after

1    A    Yes.

2    Q    And were you able to make those trips?

3    A    Yes.

4    Q    At some point then, you started to develop some problems with the implant, how long? You felt good for a while, how long do you remember feeling good, feeling better?

8    A    Some time up until August, September after just prior to a year and a half comes to mind.

10   Q    So August or September of '96?

11   A    Correct.

12   Q    What changed?

13   A    I believe I told the doctor I was hearing a clicking sound.

15   Q    Describe that for me, if you can.

16   A    When I walked, I would hear a clicking sound. I don't know how to describe it.

18   Q    Did you feel a clicking or was this a sound?

19   A    I don't remember.

20   Q    Were you having any pain?

21   A    Yes.

22   Q    About the same time as the clicking?

23   A    Yes.

24   Q    What else do you remember about that time?

25   A    I just remember having pain and going to see

1  the doctor to try to find out why I was having pain.

2      Q    You went to see Dr. Moeckel?

3      A    Correct.

4      Q    Did you think that there might be a problem
5  with the device?

6      A    No.

7      Q    What did you think?

8      A    I didn't know.

9      Q    What did Dr. Moeckel tell you?

10     A    I don't remember specifically.

11     Q    In general, what do you recall?

12     A    It was just, you know, do whatever, you know,
13  he probably took x-rays. Just to try and solve why I
14  was having the discomfort and the pain.

15     Q    Did he prescribe some pain medication for you
16  then?

17     A    I don't recall that.

18     Q    Do you remember if he talked to you about the
19  possibility of there being a problem with the device?

20     A    No.

21     Q    You don't remember or he didn't?

22     A    I don't remember. No, he did not.

23     Q    He did not talk to you about a possible
24  problem with the device?

25     A    No.

Page 48

1  Q    When did you first learn that the clicking
2  and the pain might be attributable to a problem with
3  the device?
4  A    It was when I saw Dr. Grady-Benson.
5  Q    When was that?
6  A    January of '97, I believe.
7  Q    How did you get to see Dr. Grady-Benson, was
8  that a referral from Dr. Moeckel?
9  A    Yes.
10 Q    Do you remember seeing Dr. Schutzer about
11 that same time?
12 A    Yes. Actually, Dr. Moeckel referred me to
13 Dr. Schutzer. Dr. Schutzer referred me to
14 Dr. Grady-Benson.
15 Q    What did you and Dr. Schutzer talk about?
16 A    I explained that I was having pain and that I
17 had been sent to him by Dr. Moeckel. All I remember is
18 him wanting me to see Dr. Grady-Benson.
19 Q    Dr. Schutzer wanting you to see
20 Dr. Grady-Benson?
21 A    Yes. He was the one he wanted me to see.
22 Q    Did Dr. Schutzer talk to you about the type
23 of device that you had in the left?
24 A    No.
25 Q    Did he talk to you about cemented versus

```
1   noncemented?
2       A    No.
3       Q    Did he offer any explanation for your hip
4   pain?
5       A    I don't remember that.
6       Q    So all you really remember then is seeing him
7   and him referring you to Grady-Benson?
8       A    Correct.
9       Q    And there's nothing else about your visit
10  with Dr. Schutzer that you can recollect?
11      A    No.
12      Q    So you saw Grady-Benson when for the first
13  time?
14      A    January 1997, I believe.
15      Q    And what did you talk about with
16  Dr. Grady-Benson in January of '97?
17      A    I told him Dr. Schutzer had referred me.
18  That I was experiencing pain.  That I was on crutches
19  and I couldn't walk on my leg anymore.  And he said
20  that we would have to have x-rays taken, and so since I
21  was at the office, we had the x-rays taken.  And his
22  comment before getting the x-rays was that we didn't
23  want -- I brought x-rays with me from Dr. Moeckel and
24  he said that there was loosening of the prosthesis and
25  that we didn't want -- he didn't want the femur to
```

Page 50

1  crack. And I had x-rays taken that day in his office
2  and my femur was cracked.
3      Q    Who told you there was loosening of the
4  prosthesis?
5      A    Dr. Grady-Benson. He showed me where it was
6  on the x-ray.
7      Q    On which x-ray?
8      A    The x-rays that --
9      Q    That you brought with you?
10     A    No. I believe it -- I don't remember which
11 set of x-rays.
12     Q    Before that meeting with Dr. Grady-Benson,
13 had anyone else ever told you that you might have
14 loosening of the prosthesis?
15     A    I don't remember being told that.
16     Q    Had you ever heard of the possibility of
17 loosening of the prosthesis?
18     A    I don't remember.
19     Q    Dr. Schutzer didn't mention that as a
20 possibility?
21     A    I don't remember that.
22     Q    So what else did you and Dr. Grady-Benson
23 talk about at that first meeting?
24     A    After looking at the x-rays, he said that he
25 would get me scheduled for surgery as soon as possible.

1   Q   Revision surgery?
2   A   Correct.
3   Q   So the first time you saw Dr. Grady-Benson,
4   he wanted to revise your left hip?
5   A   Correct.
6   Q   How soon after that did you have the surgery,
7   do you remember?
8   A   March of '97.
9   Q   So within a few months?
10  A   Yes.
11  Q   You said before then you had told
12  Dr. Grady-Benson you were having pain and you couldn't
13  walk and you were using crutches, what else?
14  A   I don't remember specifically.
15  Q   Were you still working?
16  A   No.
17  Q   You were not going to work?
18  A   No.
19  Q   When did you stop going to work?
20  A   January of '97.
21  Q   Is that because of the pain?
22  A   Yes.
23  Q   Were you still able to drive a car?
24  A   No, I don't believe so.
25  Q   Were you able to bend over and put your shoes

```
 1      Q    Do you still have pain in your left hip?
 2      A    Yes.
 3      Q    Do you still have pain in your back?
 4      A    Yes.
 5      Q    And your right hip?
 6      A    Yes.
 7      Q    Have you been able to resume all the
 8   activities that you expected you could following
 9   revision surgery?
10      A    No.
11      Q    Tell me about that.
12      A    Since revision surgery, I have had pain
13   interfere in daily activities.
14      Q    Where are you having --
15      A    Back.
16      Q    So you have back pain that interferes with
17   your daily activities.  Does your hip pain interfere
18   with your daily activities?
19      A    Yes.
20      Q    In what way?
21      A    In that if I'm sitting, I have to stand up.
22   If I'm standing, I may have to sit down or I may have
23   to lie down to get relief.
24      Q    What else?
25      A    That's about it.
```

Lopes vs Zimmer, Inc.

10/24/2001                                              Joann Lopes

Page 61

1  have revision surgery as a result of that problem.
2  That it's caused you pain. I'm just trying to get at
3  what that is.
4       A    I don't know how to answer the question. I
5  don't know that I understand the question that you're
6  asking me.
7       Q    If you needed to explain to me what pain you
8  have that you feel like Zimmer has caused you or should
9  compensate you for, how would you explain that to me?
10      A    Then you're asking me about the pain that I
11 felt prior to having that hip replaced?
12      Q    If that's what it is, then yes.
13      A    It was excruciating pain.
14      Q    Prior to your '97 surgery?
15      A    Correct. I was using a cane. I had pain
16 sitting at work. I went to crutches. And finally one
17 day I said, I cannot tolerate this anymore. I'm not
18 coming back to work until somebody can tell me why I'm
19 experiencing this amount of pain.
20      Q    And since the revision surgery, you feel
21 better?
22      A    Yes.
23      Q    And it sounds like you have some pains but
24 not attributable to that?
25           MR. REARDON: Object to the form.

1       A       Correct.

2       Q       And you wanted someone to tell you why it
3    hurt so bad?

4       A       Yes.

5       Q       And so you saw Dr. Grady-Benson, right?

6       A       Yes.

7       Q       And he says the hip prosthesis is loose?

8       A       Yes.

9       Q       Did you feel like you were starting to get an
10   explanation for why you were having so much pain?

11      A       Yes.

12      Q       And that's because you had a loose stem?

13      A       And my femur was cracked.

14      Q       And you thought that that stem was going to
15   last you longer than it did, ten or fifteen years, you
16   said?

17      A       Yes.

18      Q       And it ended up being much less?

19      A       Yes.

20      Q       And in your mind, you weren't supposed to
21   have loosening of the stem?

22      A       No.

23      Q       Did Dr. Grady-Benson tell you why you had
24   loosening?

25      A       No.

Page 73

```
 1   with the Zimmer device that was causing you --
 2       A    Oh.
 3       Q    I'm sorry, that's what I've been trying to
 4   get at here.
 5       A    That was later on.
 6       Q    Later on when?
 7       A    2000.  The year 2000.  Towards the end of
 8   last year.
 9       Q    What happened at the end of 2000 that made
10   you think that it was the Zimmer device that had caused
11   your problems?
12       A    It was the Dunn's had called me and we spoke
13   and then Mr. Reardon called me.
14       Q    Had you ever spoken with the Dunn's before
15   that time?
16       A    I don't recall.  I don't remember.  I don't
17   think so.
18       Q    So they just called you out of the blue?  Had
19   you ever heard of them prior to that time?
20       A    No.  It was through Dr. Grady-Benson, I
21   guess.
22            MR. REARDON:  Don't guess.  If you know.  I
23       mean, whatever the Dunn's told you, they told you,
24       but don't guess.
25   BY MS. THOMPSON:
```

Lopes vs Zimmer, Inc.

10/24/2001                                             Joann Lopes

Page 74

```
1    Q    Tell me what you talked about the first time
2    that the Dunn's called.
3    A    Just the fact that she had had her hip
4    replaced and that there was a problem.
5    Q    What kind of problem?
6    A    There was, I think, they said, I believe they
7    said there was a problem with the device and that was
8    the first time that I had any -- that I had any
9    knowledge.
10   Q    Of what?
11   A    Of the fact that, you know, I had not heard
12   of Zimmer.
13   Q    Until the Dunn's called you in 2000?
14   A    Yes.
15   Q    What else did you talk about with the Dunn's?
16   A    That they had contacted the Reardon Law Firm
17   and they would just keep me posted.
18   Q    Did they talk to you about the problems that
19   you had had with your Zimmer device?
20   A    We kind of talked and went back and discussed
21   the pain that I had experienced and whatnot, the time
22   frame.  That's what I remember.
23   Q    Did you tell them what you had -- strike
24   that.
25        MR. ELVIN:  Go off for a second.
```

1   with her because she didn't do that.
2         MS. THOMPSON: Mr. Reardon, I'm not
3   suggesting there is anything wrong with
4   Ms. Lopes. This is my final question. I just
5   want to make sure we're not missing anything.
6   BY MS. THOMPSON:
7       Q   You didn't try to investigate or do anything
8   between your revision and when you talked to the Dunn's
9   to find out what caused this?
10      A   Other than my understanding that it can
11  happen. In my case, it did.
12      Q   And you got that understanding from who?
13      A   I don't know. I don't recall.
14        MS. THOMPSON: I think that's all I have.
15        MR. REARDON: I don't have any questions, but
16  just give me a moment to take a quick look at my
17  notes. There was one question.
18
19              CROSS-EXAMINATION BY MR. REARDON:
20
21      Q   You testified on your direct examination that
22  you had seen Dr. Grady-Benson for the first time in
23  January of '97. If the records indicated that the
24  first visit was February 11, '97, would you disagree
25  with that?