```
 1  UNITED STATES DISTRICT COURT

 2  DISTRICT OF CONNECTICUT

 3
    DOLORES DUNN and              : CA No. 3:00 CV1306(DJS)
 4                                 : CONSOLIDATED WITH:
          Plaintiffs,              : 3:01 CV516(DJS),
 5    vs.                          : 3:01 CV517(DJS),
                                   : 3:01 CV518(DJS).
 6  ZIMMER, INC.,                  :
                                   :
 7        Defendant.               : Thursday, November 29,
                                   :   2001. 2:15 P.M.
 8

 9
         DEPOSITION OF BRUCE H. MOECKEL, M.D.
10

11
    APPEARANCES:
12
        ROBERT I. REARDON, JR., ESQ.
13      Attorney for Plaintiffs, Joann Lopes and
        Sonia Fuentes-Weed
14      160 Hempstead Street
        New London, Connecticut 06320
15
        BAKER & DANIELS, ESQS.
16      Attorneys for Defendant
        300 North Meridian Street, Suite 2700
17      Indianapolis, Indiana 48204-1782
        BY:  MICHAEL S. ELVIN, ESQ., of Counsel,
18           and KELLY S. THOMPSON, ESQ.,
             of Counsel.
19
        DAY, BERRY & HOWARD, L.L.P.
20      Attorneys for Defendant
        CityPlace I
21      Hartford, Connecticut 06103-3499
        ATT: FRANCIS H. MORRISON, III, ESQ.,
22             of Counsel.
        (Not In Attendance.)
23

24

25
```

we had a long discussion. Essentially what I told you in the deposition, about where I trained, I thought I could say -- predictably say she was going to get a good 10 or 15 years with a cemented stem. At that time I felt more comfortable doing a cemented stem. Once again, my training was, in her age group, that I did a cemented stem.

I followed her along pretty closely. I remember showing the X ray at my orthopedic conference, showing it to several guys, because nobody knew what was happening. We were all putting in the same prosthesis at my hospital. We all did the same prosthesis, and I was looking at it, How can I learn from that so that it doesn't happen again? I could not figure out anything that I had done differently or done wrong or techniques, something that I could have changed in hindsight to correct why it failed early. Subsequently, I referred her up to Grady-Benson. I had talked to her about doing a revision. I had this guy, Grady-Benson, a year earlier had joined Hartford Orthopedic Associates, and was essentially doing all the revisions -- It is a 30-man orthopedic group up

1  modifications, talking about using a cane, and
2  she had noted that she was limping more, and her
3  friends were telling her she was limping more,
4  and eventually over that time is when, in
5  December, we decided to go ahead with the hip
6  replacement, and she scheduled it for March.
7      Q.  In terms of function and pain, I take
8  it that she was sufficiently limited in
9  functions and in sufficient pain that you and
10 she made the decision to replace her left hip?
11     A.  Correct.
12     Q.  You had mentioned in your narrative
13 that you had considered a cementless implant for
14 her left side; is that correct?
15     A.  I didn't really consider a cementless
16 implant, except that she had one on the other
17 side and she asked me, "Why are you doing
18 something different?"
19         She was knowledgeable enough to
20 know the difference.  I essentially explained it
21 to her.  In my own mind, to me I really -- it
22 was a cemented stem is what I would do, and
23 essentially I didn't really think about the
24 uncemented stem a whole lot, but had a
25 discussion with her because she had uncemented

```
 1  what we need to.
 2              Exhibit 2 is the document that I
 3  just handed you marked 01179.
 4      Q.  Do you see that number?
 5      A.  Yes.
 6      Q.  Did I describe that accurately as the
 7  peel 'n stick entry?
 8      A.  Yes.
 9      Q.  And that indicates the Centralign hip
10  prosthesis as being the one for Miss Lopes?
11      A.  Yes.
12              (Defendant's Exhibits Nos. 1 and
13          2 marked for identification.)
14      Q.  My question about Exhibit 2 is this:
15  Did you decide to use the Centralign?  Was that
16  your decision?
17      A.  Ultimately it is my decision.  But it
18  was really based --  That was the cemented stem
19  that we as an orthopedic group at the hospital
20  had decided to use.
21      Q.  I take it you exercised your own
22  medical judgment in selecting that stem for
23  Miss Lopes?
24      A.  Yes.
25      Q.  Did you rely on anything that my
```

1  Q. Doctor, we were talking about your
2  operative report. Date of operation 3/21/95?
3  A. Yes.
4  Q. Miss Lopes was born in 1943.
5     I saw that from your --
6  A. 12/12/43.
7  Q. At the time of the operation, she had
8  her 52 but not her 53 birthday?
9  A. That sounds correct.
10 Q. Alan Bernstein assisted you?
11 A. Yes.
12 Q. Is that the same Bernstein who we spoke
13 about before, who is now retired?
14 A. Correct.
15 Q. At some point, he transitioned into a
16 more secondary role?
17 A. No. He was in full practice. Because
18 we don't have residents, we would help each
19 other. We would do the surgery together.
20 Q. Which part of this operation did
21 Dr. Bernstein perform?
22 A. I pretty much do the whole operation.
23 We don't split it up. In residency, there were
24 certain parts the attending would do and certain
25 parts I would do.

 **MIDDLESEX HOSPITAL**

MEDICAL RECORD

NAME: LOPES, JOANN E.
MR#: 323448
ACCOUNT: 6530680
PT.TYPE, SERVICE: I ORT
ROOM/BED: 511 B S5

## OPERATIVE REPORT

**DATE OF OPERATION:** 03/21/95

**PREOPERATIVE DIAGNOSIS:** Osteoarthritis of left hip.

**POSTOPERATIVE DIAGNOSIS:** Same.

**TITLE OF OPERATION:** Left total hip replacement.

**SURGEON:** Bruce H. Moeckel, M.D.

**ASSISTANT:** Alan Bernstein, M.D.

**ANESTHESIA:** General.

**ESTIMATED BLOOD LOSS:** 50cc.
**FLUIDS:** 500cc of Crystalloid.
**WOUND CLASSIFICATION:** I  II  III  IV

**PROCEDURE:** The patient was operated upon after a smooth induction of general anesthesia. The left hip was prepped and draped in the usual sterile fashion. A posterolateral skin incision was made. Subcutaneous tissue was sharply dissected. Hemostasis was achieved. The fascia was split in line with the skin incision exposing the posterolateral aspect of the hip. The short external rotators and capsule were excised from the greater trochanter and the hip was dislocated. A severely arthritic hip was identified with a shallow acetabulum. A neck cut was planned and carried out as planned. Attention was directed to the acetabulum. Retractors were placed around the capsule and genu labrum was excised. Reaming was begun medially and then in anatomical fashion. It was reamed to an appropriate size with good bony bleeding surface. Component was packed in place. There was concentric contact. No screws were needed. Elevator liner was packed in place.

Attention was directed to the proximal femur where retractor was placed around the proximal femur. The canal was entered with a canal finder and then axially reamed up to a #2. The rasp was used to machine the proximal aspect of the femur. The hip was reduced. The hip was stable on range of motion. Leg lengths were planned to increase the leg length of this leg since it was approximately 1 inch shorter than the opposite leg. Measurements indicated a 1 1/2cm leg length could be increased without any tension on the sciatic nerve. This was achieved. Trial was removed. The final components were obtained. Cement was mixed and was injected into the proximal femur. It was pressurized and the component was packed in place. The hip was held in place while the cement hardened. Excess cement was

CONTINUED...

LOP/MED01175



| | |
|---|---|
| **MIDDLESEX HOSPITAL**<br><br>MEDICAL RECORD | NAME: LOPES, JOANN E.<br>MR#: 323448<br>ACCOUNT: 6530680<br>PT.TYPE, SERVICE:  I ORT<br>ROOM/BED:  511  B  S5 |

## OPERATIVE REPORT

Page 2

removed. After the cement hardened and the hip was reduced, the hip was stable on range of motion. Leg lengths appeared equal. At this point the wounds were copiously irrigated with antibiotic solution. Hemostasis was achieved. Subfascia Hemovac drain was placed. Short external rotators capsule was reattached through drill holes. The wound was reirrigated and closed in layers with #0 Dexon, #2-0 Dexon and staples. Owens gauze and a dry, sterile dressing was applied. The skin was injected with Marcaine. The patient was turned supine. Anesthesia was reversed and taken to the Recovery Room in stable condition. The patient tolerated the procedure well.

Bruce H. Moeckel, M.D.   *

TR: rjs
DD: 03/21/95
DT: 03/21/95

LOP/MED01176