Page 1

1                    STATE OF CONNECTICUT
                       SUPERIOR COURT
2

3    ----------------------------------

     DOLORES DUNN and DONALD DUNN,   )
4              Plaintiffs,           ) CIVIL ACTION NO.
                                     ) 3:00CV1306 (DJS)
5                                    ) Consolidated With:
               Vs                    ) 3:01CV516
6                                    )  3:01CV517
     ZIMMER, INC.,                   ) 3:01CV518
7              Defendant.            )
     ----------------------------------

8
9                          **COPY**
10                        VOLUME II
11   ------------------------------------------------------
                    Continued Deposition of:
12                  BRUCE H. MOECKEL, M.D.
     ------------------------------------------------------
13
14
15
16
           Taken before Tina M. Wiese, Stenographer and
17   Notary Public in and for the State of Connecticut,
     pursuant to notice, at the offices of
18   BRUCE H. MOECKEL, M.D., 520 Saybrook Road, Suite N. 203,
     Middletown, Connecticut, on Thursday, April 11, 2002,
19   scheduled to commence at approximately 1:00 p.m.
20
21
22
                      Tina M. Wiese, LSR
23                     Court Reporter
                  Brandon Reporting Service
24                  11-A Capitol Avenue
                     Hartford, CT  06106
25                    (860) 549-1850

Dunn vs Zimmer, Inc.

4/11/2002                                                          Bruce H. Moeckel, M.D.

Page 23

1   A.   Well, she was -- seemed to be getting -- she seemed
2   like she was getting an inflammatory problem where multiple
3   areas of her body -- her hips, knees, back -- were giving her
4   trouble.  She had recently had a new medical doctor, and the
5   medical doctor suggested that I see her and evaluate some of
6   her concerns.
7   Q.   What of the September 4, 1996 visit relates to her
8   Zimmer hip, if anything?
9   A.   The only thing was she noticed some clicking in her
10  left hip.  To be honest, I didn't make much out of it.  It's
11  pretty common.  People come in and describe popping and
12  clicking in these prosthetic joints.  So on her exam I didn't
13  really see -- I didn't see a whole lot to be concerned about.
14  I did not take x-rays.  I attributed that to more of a global
15  inflammatory problem, and I switched her to some different
16  antiinflammatories to see if that may help.
17  Q.   You saw her again on January 13th of 1997?
18  A.   Correct.
19  Q.   Tell us about that visit.
20  A.   That's when we started to have some trouble.  She
21  was -- had increasing problems in her hip, the pain had been
22  so bad she had gone to the emergency room, she had x-rays,
23  and they had done some lab work, and she -- I'm pretty
24  sure -- I'm not positive, but I'm pretty sure she actually
25  brought the x-rays in from the emergency room.

Page 24

1                       (Pause.)

2

3    A.    No.  I guess I got -- I obtained x-rays at that visit
4    and began to see some of those signs of loosening that we had
5    talked about a little while ago.  I compared them to the
6    previous x-rays, and they were not there.  So at that point
7    the most -- the concern is does she have an infection.  I
8    referred her for a bone scan to help evaluate that, get her
9    activities, put her on some crutches.  She was already on
10   crutches, so I recommended that she continue the crutches.  I
11   scheduled her for those tests.
12   BY MR. ELVIN:
13   Q.    Do you have the January 13, 1997 film here?
14   A.    Yeah.
15   Q.    Could you take a look at it?
16   A.    Sure.  Let me grab it.  Do you want me to get -- are
17   we going to go through Funtes, too?
18   Q.    Yes.  You have very few records.
19

20                       (Off the record.)

21

22                  CONTINUED DIRECT EXAMINATION

23

24   BY MR. ELVIN:
25   Q.    Did you look at the x-rays with Ms. Lopes?

Page 25

1  A.  Yes.

2  Q.  What do you mean by "several loosened areas"?

3  A.  Several loosened areas means there's loosening in an area where there's been bone absorption, a hollowed out area. There were several areas along her stem that normal bone wasn't there.

7  Q.  Did you explain to Ms. Lopes the clinical significance of those observations?

9  A.  Well, I told her I was concerned that either the prosthesis was loose or there may be an infection.

11 Q.  Do you recall anything else about your conversation with her?

13 A.  No.

14 Q.  Okay. Do you recall any questions that she asked you?

16 A.  No.

17 Q.  I think she might have asked about -- I think she was concerned that this was related to the cement. I don't really recall anything else.

20 A.  I don't remember any questions she asked me.

21 Q.  Okay. What was your treatment plan?

22 A.  I sent her for a bone scan and an aspiration arthrogram, and she had that done at Manchester Hospital.

24 Q.  Did you see the results of those studies?

25 A.  Yes.

Dunn vs Zimmer, Inc.
4/11/2002                                                Bruce H. Moeckel, M.D.

Page 26

1   Q.   What did they tell you?

2   A.   Well, the fluid -- the culture of the fluid remained

3   negative, and the findings of both the bone scan and the

4   aspiration arthrogram are consistent with loosening of the

5   femoral component.

6   Q.   In your January 13th note on the second page you say

7   you described the loosenings as unexplained; what does that

8   mean?

9   A.   Because I hadn't determined why they were from --

10  whether they were from an infection or a mechanical

11  loosening.

12  Q.   So we have the January 13th visit with you; correct?

13  A.   Correct.

14  Q.   You observe the radial loosenings and you order a

15  bone scan?

16  A.   Correct.

17  Q.   When did you get the results of the bone scan?

18  A.   Looks like the date of the -- the date of the bone

19  scan was the 14th, so I'm assuming I got it a couple days

20  later.  Subsequently I scheduled the aspiration arthrogram.

21  So within -- I guess within a week.  I don't have any

22  documentation -- I have the report, but I don't have any note

23  on here when exactly it came in.

24  Q.   Okay.  Did you discuss the results of those tests the

25  next time you saw Ms. Lopes?

1   A.   Yes.

2   Q.   When was that?

3   A.   Well, we -- I think we discussed it over the phone, because she subsequently had a name of a -- she had seen Dr. Schutzer in Hartford in the intervening time. I saw her next on February 7th.

7   Q.   In fact, you have a letter dated January 30, 1997 in your file from Dr. Schutzer to you; correct?

9   A.   Yes.

10  Q.   And you had that letter from Dr. Schutzer, did you not, when you saw Ms. Lopes on February 7th?

12  A.   Yes.

13  Q.   By February you've got the results of the bone scan, you've at least ordered the aspiration arthrogram?

15  A.   Yes. I think the aspiration arthrogram has already been done on the 27th of January.

17  Q.   She's already seen Dr. Schutzer?

18  A.   Correct.

19  Q.   And Dr. Schutzer concludes she's got a, quote, failed left cemented femoral component with significant osteolysis?

21  A.   Correct.

22  Q.   Tell me about the February 7th visit, then, given that background and that work that had been done?

24  A.   We reviewed Schutzer's recommendation, I agreed -- I agreed, essentially, with his conclusions, I felt she was

Page 28

1  going to need a revision, we discussed the type of revision
2  that I would perform or that I would recommend. She wanted
3  to have another opinion, so I referred her to
4  Dr. Grady-Benson.
5      Q.   Did Ms. Lopes ask you any questions about the
6  loosening of her stem?
7      A.   Well, I'm not sure. What kind of questions?
8      Q.   Did she ask you why it had happened?
9      A.   I don't have it documented, but they universally
10 always ask why, and I'm sure she did.
11     Q.   Do you recall specifically what you told her?
12     A.   No.
13     Q.   Do you recall what your general practice was when the
14 patients almost universally ask?
15     A.   Yes.
16     Q.   Why?
17     A.   I mean, in her case -- I think we talked about this
18 in the last deposition. In her case the issue was always the
19 cement, because she had the previous un-cemented hip on the
20 other side, which had done wonderfully. So at the time of
21 her left total hip replacement we had a lot of discussion
22 about the feeling of doing a hybrid and using a cemented
23 stem. I think we talked -- that was kind of a background.
24          I'm pretty sure in her own mind she thought there was
25 some issue with the cement, but I don't think -- I don't

Page 34

1   A.   Correct.

2   Q.   A copy of his notes?

3   A.   Correct.

4   Q.   I don't know that I asked you this, at the
5   February 7th visit when you had Dr. Schutzer's letter, did
6   you show Dr. Schutzer's letter to Joanne Lopes?

7   A.   I may have. Most likely what I did is I reviewed it
8   in front of her and probably read his conclusions. You know,
9   just like we're doing right here. I was probably looking at
10  the letter like this and reviewed it in that technique. I
11  probably didn't hand it to her, no.

12  Q.   Do you recall telling Joanne Lopes in so many words
13  that -- I take it from the context of some of our other
14  discussions that one of the focal points of your discussions
15  with her was the fact that her stem had loosened in an
16  earlier period of time than what you otherwise would have
17  hoped?

18  A.   Correct.

19  Q.   Do you recall that being the focus? Is that a fair
20  way to characterize the discussion?

21  A.   Correct.

22  Q.   That's what led to your response back to her, "Well,
23  it's going to be somebody, and it happened to be you, and
24  that's about as good as I can do"? Do I have that correct in
25  my mind?