Page 150

1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
2
3       - - - - - - - - - - - - - - - - x
                                         |
4       DOLORES DUNN and DONALD DUNN,
                Plaintiffs,              |   Civil Action No.
5                                            3:00CV1306(DJS)
        VS.                              |   (All Cases)
6
        ZIMMER, INC., ET AL.,            |   Vol. II
7               Defendants.
                                         |
8       - - - - - - - - - - - - - - - - x
9
10
        ------------------------------------------------------
11         CONTINUED DEPOSITION OF:  JOHN GRADY-BENSON, M.D.
        ------------------------------------------------------
12
13
14
                Taken before Robin L. Balletto, Registered
15      Professional Reporter, a Notary Public in and for the
        State of Connecticut, pursuant to Notice and the Federal
16      Rules of Civil Procedure, at the offices of Cooney,
        Scully and Dowling, Hartford Square North, Ten Columbus
17      Boulevard, Hartford, Connecticut, on April 26, 2002,
        commencing at 9:35 a.m.
18
19
20
21
22
23
                      BRANDON SMITH REPORTING SERVICE
24                           (860) 549-1850
                           11A Capitol Avenue
25                    Hartford, Connecticut   06106

                                                                    286

1   and it is possible that I actually didn't talk to him
2   about her.
3       Q   She had a cementless stem in her right hip,
4   correct?
5       A   Correct.
6       Q   And she had a Centralign in her left hip?
7       A   Correct.
8       Q   In your treatment of Mrs. Lopes did you go
9   back to the immediate postoperative x-rays on her
10  Centralign hip in order to evaluate the cement mantle?
11      A   I simply don't recall.  I state that there
12  were x-rays at Dr. Mokel's office, but that is all I
13  remember.
14      Q   It doesn't say which ones?
15      A   Correct.
16      Q   In the stack of x-rays that we've got in front
17  of us, if you could, please, Doctor, describe for me
18  chronologically what x-rays you have for Mrs. Lopes?
19      A   These x-rays are labeled with Joann Lopes'
20  name, and the first x-ray that I see in this file is
21  dated 2/11/1997, and I'm not aware of any other
22  radiographs prior to that for her, and the last
23  radiograph from my office is dated 8/29/2001, and there
24  are some copies of films I believe dated 8/16/2001 that
25  come from an outside institution.  I do not see films


                    Brandon Smith Reporting Service

288

1  respect to Mrs. Dunn as well whether a different
2  cemented implant would have changed the outcome for her?
3      A    Yes, I do wonder that.
4      Q    And, once again, with respect to Mrs. Dunn as
5  with Mr. Vino, you don't know?
6      A    I don't know.
7      Q    And when we were talking about Mr. Vino I
8  asked whether you've wondered about increasing the size
9  of his Centralign could have changed the outcome and you
10 said that that was possible?
11     A    It is possible.
12     Q    And it is possible with respect to Mrs. Dunn
13 as well, that increasing the size of her implant could
14 have changed the outcome for her?
15     A    It's possible.
16     Q    Why did you revise Mrs. Lopes within a month
17 and several days of first seeing her?
18     A    She had significant osteolysis at the distal
19 tip of the femoral component which significantly
20 increased the possibility of a pathologic fracture of
21 her femur if she were not to undergo revision surgery.
22     Q    So it was important that you get her in before
23 she have that fracture of her femur?
24     A    Yes.
25     Q    Do you have your operative report in front of

Brandon Smith Reporting Service