UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, ET AL, | : | CIVIL ACTION NO: |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | |
| | : | [pertains to 3:00CV1306(JCH); |
| | : | 3:01CV516(JCH); |
| | : | 3:01CV517(JCH); |
| | : | 3:01CV518(JCH); |
| | : | 3:00CV2270(JCH)] |
| | : | |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| Defendant. | : | MAY 24, 2005 |

**PLAINTIFFS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1404(a)**

The plaintiffs in the above captioned matters, **DOLORES DUNN, DONALD DUNN, JOHN VINO, CYNTHIA VINO, SONIA FUENTES-WEED, JOANN LOPES and JAMES JOHANNSEN** hereby respectfully move this Court, pursuant to 28 U.S.C. §1404(a), to transfer the above actions to the United States District for the District of Minnesota. In support of this motion, the plaintiffs make the following representations.

-1-

1. In all of these actions, the plaintiffs allege that they have suffered injuries and losses due to their use of the Centralign Precoat, a hip prosthesis designed and manufactured by the defendant Zimmer, Inc. ("Zimmer").

2. The plaintiffs bring causes of action against Zimmer alleging defective design, failure to warn and loss of consortium.

3. In addition to the above captioned matters, the following matters, also alleging injury and loss due to the use of the Zimmer Centralign are currently pending in the United States District Court for the District of Minnesota before Judge Tunheim:

| Case | Number |
|---|---|
| George Johnson v. Zimmer, Inc. | 02-CV-1328 JRT/FLN |
| John W. Doschadis v. Zimmer, Inc. | 03-CV-6439 JRT/FLN |
| Lillebo v. Zimmer, Inc. | 03-CV-2919 JRT/FLN |
| Reiling v. Zimmer, Inc., | 03-CV-2920 JRT/FLN |
| Kathryn E. LeClerc v. Zimmer, Inc. | 04-CV-1660 JRT/FLN |
| William Freeman v. Zimmer, Inc. | 04-CV-3349 JRT/FLN |
| Henry Gerig, Jr. v. Zimmer, Inc. | 04-CV-3348 JRT/FLN |

| | |
|---|---|
| <u>Mildred Green v. Zimmer, Inc.</u> | 04-CV-3350 JRT/FLN |
| <u>Elsie Grimm v. Zimmer, Inc.</u> | 04-CV-3184 JRT/FLN |
| <u>Thomas Guss v. Zimmer, Inc.</u> | 04-CV-3185 JRT/FLN |
| <u>Carmen Klingbeil v. Zimmer, Inc.</u> | 04-CV-2780 JRT/FLN |
| <u>Thomas Krick v. Zimmer, Inc.</u> | 04-CV-3347 JRT/FLN |
| <u>Kenneth Kraft v. Zimmer, Inc.</u> | 04-CV-3186 JRT/FLN |
| <u>Mary Orlowski v. Zimmer, Inc.</u> | 03-CV-6076 JRT/FLN |
| <u>Carol Rotunda v. Zimmer, Inc.</u> | 04-CV-3346 JRT/FLN |
| <u>Brent Symonds v. Zimmer, Inc.</u> | 04-CV-985 JRT/FLN |
| <u>Marjorie Witt v. Zimmer, Inc.</u> | 04-CV-3351 JRT/FLN |

4. The undersigned counsel represents the plaintiffs in <u>Johnson v. Zimmer, Inc.</u>, 02-CV-1328 JRT/FLN in the United States District Court for the District of Minnesota.

5. Plaintiffs' counsel in the above referenced cases pending in the United States District Court for the District of Minnesota have coordinated some discovery efforts and worked closely with counsel in the Connecticut cases. The same law firm represents the defendant

Zimmer in all the cited cases.

6. The plaintiffs in the Connecticut cases have consented to this transfer in order to expedite the orderly disposition of all cases. The parties have already submitted to voluntary mediation before Magistrate Judge Noel in Minnesota and have continued to engage in discussions with Judge Noel regarding all cases.

7. For the reasons set forth in the accompanying memorandum, this Court should transfer the plaintiffs' actions against Zimmer that are currently pending before this Court to the United States District Court for the District of Minnesota under 28 U.S.C. §1404(a) because a transfer will serve the convenience of the parties and witnesses and the interests of justice.

**WHEREFORE,** the plaintiffs in the above captioned actions respectfully

request that this Court transfer these actions to the United States District Court for the District of Minnesota.

        THE PLAINTIFFS DOLORES DUNN, DONALD DUNN, JOHN VINO, CYNTHIA VINO, SONIA FUENTES-WEED, JOANN LOPES and JAMES JOHANNSEN

        By<u>/s/ Robert I Reardon, Jr.</u>
        Robert I. Reardon, Jr.
        **THE REARDON LAW FIRM, P.C.**
        160 Hempstead Street
        New London, CT 06320
        Phone: 860-442-0444
        Fax: 860-444-6445
        Email: reardonlaw@aol.com
        Federal Bar No. ct05358

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on May 24, 2005, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 204
Fort Wayne, IN 46825

    /s/Robert I. Reardon, Jr.
    Robert I. Reardon, Jr.
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT 06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: reardonlaw@aol.com
Federal Bar No. ct05358