Page 298

```
 1    A    That is an indicator of good bone growth in
 2   the region of the extended trochanteric osteotomy, but
 3   that may not correlate with pain around the hip.
 4    Q    Well, what you're describing as pain is
 5   actually on the first page of this note reported as
 6   tenderness over left greater trochanter near the region
 7   of the wires, correct?  Do you see that reference at
 8   the bottom of the page?
 9    A    Yes.
10    Q    It is described as tenderness and not pain
11   there, correct?
12    A    Yes.
13    Q    Let's talk about Sonia Fuentes-Weed.  You
14   first saw Sonia Fuentes-Weed on what date, Doctor?
15    A    February 5, 1999.
16    Q    And it was Dr. Mokel who referred her to you,
17   correct?
18    A    Yes.
19    Q    Do you have in your file Dr. Mokel's medical
20   record on Ms. Fuentes-Weed?
21    A    I do not see any of Dr. Mokel's medical files
22   in this record.
23    Q    And on page 2 of your letter to Dr. Mokel, you
24   say that you reviewed radiographs of her right hip, but,
25   quote, "I have no early radiographs from the University
```

Page 297

1   has degenerative scoliosis with chronic lumbar radicular
2   syndrome and pain, arthritis in multiple joints
3   including her right acromioclavicular joint, rotator
4   cuff tendonitis of both shoulders, bilateral patella
5   femoral pain, iliopsoas tendonitis of the right hip and
6   a new limp on the right leg.
7       Q    How is her left hip doing?
8       A    Her left hip seemed to be, quote, functioning
9   well, unquote.
10      Q    Based on this record, do you have any reason
11  to believe that her left hip is causing her any
12  additional pain or lack of function beyond that which
13  all these other medical conditions are causing her?
14           MR. CAMASSAR:  Object to the form.
15      A    I don't seem to imply that in this note, but I
16  don't specifically recall.
17  BY MR. ELVIN:
18      Q    With respect to her left hip, however, you've
19  observed as you recount on March 9 of '99 on the second
20  page, quote, "Remarkable new bone formation around the
21  left hip implant with no further evidence of
22  osteolysis."  Do you see that reference?
23      A    Yes.
24      Q    That is an indicator as to how well she's
25  doing, correct, that observation?

Page 296

1   A    I am not certain.  My note of 11/24/99 states
2   that she is still having some pain over the greater
3   trochanter.  She's also had other orthopedic
4   difficulties and has treated with a spine surgeon.
5   Q    Is it fair to say it is unclear from your
6   records since 8/28 of '98 exactly how much that the
7   wires, how much pain the wires are causing her?
8   A    I'm unclear today how much pain the wires are
9   causing her recently.
10  Q    When was the last time you saw Ms. Lopes?
11  A    My record states 8/29/2001.
12  Q    I don't have that one.
13          MR. NOWOSADKO:  Do you want me to make a
14  copy of that?
15          MR. CAMASSAR:  I'm not sure I have it
16  either, actually.
17          (Pause.)
18  BY MR. ELVIN:
19  Q    Doctor, I've got your 8/29/01 note in front of
20  me.  Mrs. Lopes has an extensive medical condition at
21  this point, correct?
22  A    Yes.
23  Q    Tell me generally about the various
24  afflictions that she's got?
25  A    According to my assessment on that date she

Dunn vs Zimmer
4/26/2002                                        Dr. John Grady-Benson

Page 295

1  Mr. Vino or Mrs. Dunn, it was technically more

2  difficult, but she still achieved solid fixation with

3  her new implants.

4      Q    Do you feel you did a good job during the

5  operation?

6      A    Yes.

7      Q    And she's had a good result?

8      A    Yes.

9      Q    Does she still treat with you?

10     A    Yes.

11     Q    Is there anything about the hip that you

12 revised from Mr. Lopes that you believe to be limiting

13 her function beyond that which any total joint

14 replacement experience is?

15     A    Because she had more bone loss and I did an

16 extended trochanteric osteotomy, she has more wires at

17 the upper end of the femur, that could be a cause of

18 more pain, but she's had a good result with respect to

19 her revision hip surgery.

20     Q    And your comment about her pain from the wires

21 I think is reflected in your note of 8/28/98.  If you

22 could get that note, I would appreciate it.

23     A    Yes.

24     Q    Has that pain resolved in the two and a half

25 years since you made that observation on 8/28 of '98?

Page 294

1   begin with?

2   BY MR. ELVIN:

3       Q    "An extended trochanteric osteotomy."

4       A    Yes.

5       Q    So, once again, Mrs. Lopes appears to be a

6   dour type A patient?

7       A    Yes.  That is difficult to ascertain in her

8   initial films because there's been some bone loss, but

9   the intraoperative findings as well as the x-rays would

10  imply a dour type A femur, prior to her original

11  reconstruction.

12      Q    And she's got a narrow medullary canal?

13      A    Yes.

14      Q    And she's in that under 65 age group, correct?

15      A    Yes.

16      Q    I don't want to ask you this question for each

17  of your patients, I assume it is the same answer for

18  each of your patients.  It was not important for you in

19  terms of treating them to send tissue samples and figure

20  out whether the osteolysis was cement debris or

21  polyethylene debris or metal debris, correct?

22      A    Correct.

23      Q    How did Mrs. Lopes' reconstruction go from

24  your standpoint?

25      A    Because she had bone loss, more bone loss than

Page 293

1    A    Yes, because I did not have the advantage of
2    treating her throughout her course.
3    Q    And given that, did you attempt in any way to
4    do a differential diagnosis to rule in or rule out
5    various causes of her loosening?
6    A    I did not have the advantage of previous
7    radiographs, and because I wasn't at her first surgery
8    there is a lesser understanding on my part of the reason
9    that her implant failed.
10   Q    Would you even feel comfortable at this point
11   attempting to list for me all of the potential causes of
12   her loosening, given that lack of familiarity?
13   A    It would be a much longer list than the list I
14   would have for my own patients not knowing what her
15   treatment course was before.
16   Q    And as part of treating Mrs. Lopes you did not
17   undertake that analysis?
18   A    That is correct.
19   Q    Once again, you report that she has an
20   extremely narrow canal in the third full paragraph of
21   your note, page 2 of 4 of your operative record, do you
22   see that, "The description of her canal is extremely
23   narrow."
24   A    I'm sorry, can you show me?
25         MR. NOWOSADKO:   What does the paragraph

Page 292

1   to place the femoral component in a particular position
2   to compensate for what I felt was a relative lack of
3   anteversion of the acetabular component.
4       Q   The relative positioning of the acetabular and
5   femoral components affects the strains that are
6   transmitted from the femoral stem to the cement mantle,
7   correct?
8       A   Yes, as well as the incidence of dislocation
9   of the implants.
10      Q   Did you have any reason, as part of your
11  treatment of Mrs. Lopes, to obtain a detailed
12  understanding of the original operation, her
13  postoperative activity level, or the quality of the
14  cement mantle that resulted from her first operation?
15      A   I would have had significant interest in the
16  operative procedure to determine the size of the
17  implants that were implanted.  I did not have any
18  specific reason to have further information about her
19  activity level or the cement in that mantle other than
20  the radiographs that I took on 2/11/97.
21      Q   So in terms of figuring out the -- we've been
22  having much discussion about the differential diagnosis
23  and identifying potential causes of loosening.  Mrs.
24  Lopes presents a different case in that regard than
25  either Mr. Vino or Mrs. Dunn, right?

Page 291

1  you.

2      A    Sure. I have an x-ray dated 2/11/97, which is
3  an AP x-ray of her left hip, and again, there is
4  debonding of the cemented femoral component in zone one,
5  and it appears from this x-ray that the cement is still
6  adjacent to the greater trochanter and debonded from the
7  implant. So I expect that what I meant in my statement
8  in the operative note on page 2 is that I removed that
9  piece of cement near the trochanter, but I'm not
10 convinced it was actually on the implant or stuck to it
11 at the time.

12     Q    It could have been?

13     A    Unlikely, but it is possible.

14     Q    And you're only seeing one plane in that
15 radiograph, correct?

16     A    Correct.

17     Q    And on the plane or planes that we can't see,
18 the stem could have been affixed -- the cement could
19 have been affixed to the stem?

20     A    It is possible.

21     Q    Why was it notable as you recount towards the
22 end of the second paragraph that, quote, "The acetabular
23 component was in relatively little anteversion and the
24 femoral side was quite anteverted"?

25     A    Making that observation tells me that I have

Page 290

1  you, Doctor?

2      A    Yes.

3      Q    There is a familiar reference to gross
4  loosening of the femoral component at the top of the
5  page. Do you recall in what mode the stem was grossly
6  loose?

7      A    I don't mention it in my notes, and I don't
8  specifically recall if it was axial or rotational
9  loosening, but it was grossly mobile, but I don't
10 remember the plane of motioning for Mrs. Lopes.

11     Q    Once again, you could simply pull the stem out
12 of the mantle?

13     A    Yes.

14     Q    Except that you had to remove a small amount
15 of cement from the lateral elbow of the stem with
16 respect to Mrs. Lopes, right?

17     A    Yes.

18     Q    Tell me about the cement that was on the
19 lateral elbow of the stem.

20     A    I don't recall from Mrs. Lopes whether the
21 cement was actually on the lateral elbow of the stem or
22 again adjacent to the trochanter in the previous
23 position of the lateral elbow of the stem, so that may
24 not be an accurate descriptive term, and I simply don't
25 recall. If I looked at her x-ray, I may be able to tell

Page 289

1   respect to Mrs. Dunn as well whether a different
2   cemented implant would have changed the outcome for her?
3       A   Yes, I do wonder that.
4       Q   And, once again, with respect to Mrs. Dunn as
5   with Mr. Vino, you don't know?
6       A   I don't know.
7       Q   And when we were talking about Mr. Vino I
8   asked whether you've wondered about increasing the size
9   of his Centralign could have changed the outcome and you
10  said that that was possible?
11      A   It is possible.
12      Q   And it is possible with respect to Mrs. Dunn
13  as well, that increasing the size of her implant could
14  have changed the outcome for her?
15      A   It's possible.
16      Q   Why did you revise Mrs. Lopes within a month
17  and several days of first seeing her?
18      A   She had significant osteolysis at the distal
19  tip of the femoral component which significantly
20  increased the possibility of a pathologic fracture of
21  her femur if she were not to undergo revision surgery.
22      Q   So it was important that you get her in before
23  she have that fracture of her femur?
24      A   Yes.
25      Q   Do you have your operative report in front of

Page 288

```
 1    from Dr. Mokel's office in this file.
 2         Q    Is it possible that Ms. Lopes brought some of
 3    those with her and then returned them to Dr. Mokel?
 4         A    Presumably.
 5         Q    You saw Ms. Lopes for the first time on
 6    February 11 of '97, and you revised her hip on March 14
 7    of '97?
 8         A    That's correct.
 9         Q    Before we continue with Mrs. Lopes, a couple
10    of questions going back to Mrs. Dunn.  When we were
11    talking about Mr. Vino you said that one of the things
12    that you've thought about with him is whether a
13    cementless stem would have had a different clinical
14    outcome for him.  You've had that same speculation with
15    respect to Mrs. Dunn as well, correct?
16         A    Correct.
17         Q    And you also told me with respect to Mr. Vino
18    that you've wondered whether choosing a different
19    cemented implant would have changed the outcome for him?
20         A    Correct.
21         Q    But with Mr. Vino you don't know that a
22    different cemented implant would have changed the
23    outcome?
24         A    That is correct.
25         Q    Nor do you know -- have you wondered with
```

Page 287

1   and it is possible that I actually didn't talk to him
2   about her.
3       Q   She had a cementless stem in her right hip,
4   correct?
5       A   Correct.
6       Q   And she had a Centralign in her left hip?
7       A   Correct.
8       Q   In your treatment of Mrs. Lopes did you go
9   back to the immediate postoperative x-rays on her
10  Centralign hip in order to evaluate the cement mantle?
11      A   I simply don't recall.  I state that there
12  were x-rays at Dr. Mokel's office, but that is all I
13  remember.
14      Q   It doesn't say which ones?
15      A   Correct.
16      Q   In the stack of x-rays that we've got in front
17  of us, if you could, please, Doctor, describe for me
18  chronologically what x-rays you have for Mrs. Lopes?
19      A   These x-rays are labeled with Joann Lopes'
20  name, and the first x-ray that I see in this file is
21  dated 2/11/1997, and I'm not aware of any other
22  radiographs prior to that for her, and the last
23  radiograph from my office is dated 8/29/2001, and there
24  are some copies of films I believe dated 8/16/2001 that
25  come from an outside institution.  I do not see films

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on June 8, 2005, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 204
Fort Wayne, IN 46825

_____
Robert I. Reardon, Jr.
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT 06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: reardonlaw@aol.com
Federal Bar No. ct05358

-19-