UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, ET AL, | : | CIVIL ACTION NO: |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | |
| | : | pertains only to 3:01CV518(JCH) |
| | : | |
| V. | : | |
| | : | |
| ZIMMER, INC. | : | |
| Defendant. | : | JUNE 8, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANT ZIMMER, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT REGARDING STATUTE OF LIMITATIONS**

The plaintiff Joann Lopes hereby objects to the defendant Zimmer, Inc.'s so-called "Renewed" Motion for Summary Judgment Regarding Statute of Limitations dated May 20, 2005, for the reason that there are genuine issues of material fact precluding summary judgment, including whether the plaintiff knew that she had sustained actionable harm prior to 2000 and whether the statute of limitations for the plaintiff's claims was tolled by operation of a continuing course of wrongful conduct. These reasons are more fully explained in the attached memorandum of law. For these reasons, the Court should deny the defendant Zimmer, Inc.'s so-called "Renewed" Motion for Summary Judgment Regarding

Statute of Limitations in its entirety.

                                      THE PLAINTIFF JOANN LOPES

                  By_____
                     Robert I. Reardon, Jr.
                     **THE REARDON LAW FIRM, P.C.**
                     160 Hempstead Street
                     New London, CT  06320
                     Phone: 860-442-0444
                     Fax: 860-444-6445
                     Email: reardonlaw@aol.com
                     Federal Bar No. ct05358

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed on June 8, 2005, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Michael S. Elvin, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 204
Fort Wayne, IN 46825

 

_____
Robert I. Reardon, Jr.
**THE REARDON LAW FIRM, P.C.**
160 Hempstead Street
New London, CT  06320
Phone: 860-442-0444
Fax: 860-444-6445
Email: reardonlaw@aol.com
Federal Bar No. ct05358