UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et. al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs | : | 3:00cv1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:00cv1306(JCH), 3:01cv516(JCH), |
| | : | 3:01cv517(JCH), 3:01cv518(JCH), |
| ZIMMER, INC., | : | 3:00cv2270(JCH)] |
| | : | |
| Defendant. | : | JUNE 17, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Zimmer, Inc., has manually filed the following document or thing:

Appendix in Support of Zimmer, Inc.'s Opposition to Motion to Consolidated together with Exhibits A-P.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        Respectfully submitted,
        DEFENDANT, ZIMMER, INC.

By_____
        Francis H. Morrison III (ct04200)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        Email: fhmorrison@dbh.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 17th day of June, 2005, a copy of the foregoing Notice of Manual Filing was served on the following counsel of record by first-class mail, postage prepaid:

    Robert I. Reardon, Jr.
    The Reardon Law Firm
    160 Hempstead Street
    New London, CT  06320

                                          _____
                                          Francis H. Morrison III