**EXHIBIT A**

1

1  UNITED STATES DISTRICT COURT

2  DISTRICT OF CONNECTICUT

3
   DOLORES DUNN and      : CA No. 3:00 CV1306(DJS)
4                        : CONSOLIDATED WITH:
       Plaintiffs,       : 3:01 CV516(DJS),
5      VS.               : 3:01 CV517(DJS),
                         : 3:01 CV518(DJS).
6  ZIMMER, INC.,         :
                         :
7      Defendant.        : Thursday, November 29,
                           2001. 2:15 P.M.
8

9
       DEPOSITION OF BRUCE H. MOECKEL, M.D.
10

11
   APPEARANCES:
12
       ROBERT I. REARDON, JR., ESQ.
13       Attorney for Plaintiffs, Joann Lopes and
       Sonia Fuentes-Weed
14       160 Hempstead Street
       New London, Connecticut 06320
15
       BAKER & DANIELS, ESQS.
16       Attorneys for Defendant
       300 North Meridian Street, Suite 2700
17       Indianapolis, Indiana 48204-1782
       BY: MICHAEL S. ELVIN, ESQ., of Counsel,
18          and KELLY S. THOMPSON, ESQ.,
            of Counsel.
19
       DAY, BERRY & HOWARD, L.L.P.
20       Attorneys for Defendant
       CityPlace I
21       Hartford, Connecticut 06103-3499
       ATT: FRANCIS H. MORRISON, III, ESQ.,
22          of Counsel.
       (Not In Attendance.)
23

24
              **Lopes, FW -Moeckel, Bruce MD-11/29/01-I**           **Page 1**

56

1  what we need to.

2         Exhibit 2 is the document that I

3  just handed you marked 01179.

4     Q. Do you see that number?

5     A. Yes.

6     Q. Did I describe that accurately as the

7  peel 'n stick entry?

8     A. Yes.

9     Q. And that indicates the Centralign hip

10  prosthesis as being the one for Miss Lopes?

11     A. Yes.

12         (Defendant's Exhibits Nos. 1 and

13         2 marked for identification.)

14     Q. My question about Exhibit 2 is this:

15  Did you decide to use the Centralign? Was that

16  your decision?

17     A. Ultimately it is my decision. But it

18  was really based -- That was the cemented stem

19  that we as an orthopedic group at the hospital

20  had decided to use.

21     Q. I take it you exercised your own

22  medical judgment in selecting that stem for

23  Miss Lopes?

24     A. Yes.

25     Q. Did you rely on anything that myl, Bruce MD-11/29/01-I          Page 56

**EXHIBIT B**

1

```
 1        UNITED STATES DISTRICT COURT
            DISTRICT OF CONNECTICUT
 2

 3

 4

 5
        ---------------------------------x
 6   JOANN LOPES           : CIVIL ACTION NO.:
                           : 3:01 CV518 (DJS)
 7   VS.                   :
                           :
 8   ZIMMER, INC.          :
        ---------------------------------x
 9

10

11

12
        DEPOSITION OF: JOANN LOPES
13      DATE: OCTOBER 24, 2001
        HELD AT: DAY, BERRY & HOWARD
14         CITYPLACE I
           HARTFORD, CONNECTICUT
15

16

17

18

19

20

21

22

23
        Reporter: MARY Z. ARMANDO, LSR # 00222
24      BRANDON SMITH REPORTING SERVICE
           11-A Capitol Avenue
25         Hartford, Connecticut 06106
```

Lopes, Joann - 10/24/01         Page 1

75

1          (Off-the-record discussion.)

2     (A recess was taken from 4:53 p.m. to 4:57 p.m.)

3

4          MR. REARDON: During the recess I realized

5     that at this point we have yet to locate this

6     plaintiff's prosthesis that was removed by

7     Dr. Grady-Benson on March 14, 1997, so we

8     obviously don't have any photographs of it. And

9     we have inquired of Dr. Grady-Benson's office,

10    they don't have it, and I think the deponent has

11    already indicated she doesn't know where it is.

12         MS. THOMPSON: Okay.

13   BY MS. THOMPSON:

14    Q   Ms. Lopes, thank you for being patient. I

15   have just a couple more questions and then I promise

16   we'll be done.

17         You've told me you had excruciating pain.

18   This outcome is not what you expected at all from your

19   Zimmer implant. Between the time that you had revision

20   and the time that the Dunn's called you at the end of

21   2000; did you do anything to investigate, How did this

22   happen? Why did this happen?

23    A   No.

24    Q   You didn't try to talk to Dr. Grady-Benson

76

1    MR. REARDON: Answer out loud. You're
2    shaking your head no, but you have to answer
3    audibly.
4    A    No.
5    BY MS. THOMPSON:
6    Q    Did you talk to any other hip replacement
7    patients about why did this happen to me?
8    A    No.
9    Q    What went wrong with my implant? Did you try
10   to do any readings, find any articles?
11   A    No.
12   Q    So you had a revision and then you did
13   nothing until the Dunn's called?
14        MR. REARDON: Well, let's not insult the
15   lady, I mean she's --
16        MS. THOMPSON: I mean no disrespect. I just
17   want to make sure I'm not missing anything.
18        MR. REARDON: Some people are more trusting
19   of their physicians and so on and are willing to
20   accept whatever their recommendations are and
21   other people ask for second opinions, harking back
22   to this morning. So that's it, that's her
23   answer. I think she's answered the question
24   repeatedly. You're now getting to the point where

1  with her because she didn't do that.

2     MS. THOMPSON: Mr. Reardon, I'm not

3  suggesting there is anything wrong with

4  Ms. Lopes. This is my final question. I just

5  want to make sure we're not missing anything.

6  BY MS. THOMPSON:

7  Q  You didn't try to investigate or do anything

8  between your revision and when you talked to the Dunn's

9  to find out what caused this?

10  A  Other than my understanding that it can

11  happen. In my case, it did.

12  Q  And you got that understanding from who?

13  A  I don't know. I don't recall.

14     MS. THOMPSON: I think that's all I have.

15     MR. REARDON: I don't have any questions, but

16  just give me a moment to take a quick look at my

17  notes. There was one question.

18

19     CROSS-EXAMINATION BY MR. REARDON:

20

21  Q  You testified on your direct examination that

22  you had seen Dr. Grady-Benson for the first time in

23  January of '97. If the records indicated that the

24  first visit was February 11, '97, would you disagree