UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et. al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs | : | 3:00cv1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:00cv1306(JCH), 3:01cv516(JCH), |
| | : | 3:01cv517(JCH), 3:01cv518(JCH), |
| ZIMMER, INC., | : | 3:00cv2270(JCH)] |
| | : | |
| Defendant. | : | JUNE 21, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Zimmer, Inc., has manually filed the following document or thing:

Corrected Appendix in Support of Zimmer, Inc.'s Opposition to Motion to Consolidate together with Exhibits A-P.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        Respectfully submitted,
       DEFENDANT, ZIMMER, INC.

      By_____/s/ Robert Koosa_____
         Francis H. Morrison III (ct04200)
         Robert Koosa (ct26191)
         Day, Berry & Howard LLP
         CityPlace I
         Hartford, Connecticut 06103-3499
         (860) 275-0100
         (860) 275-0343 (fax)
         Email: fhmorrison@dbh.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 21st day of June, 2005, a copy of the foregoing Notice of Manual Filing was served on the following counsel of record by first-class mail, postage prepaid:

Robert I. Reardon, Jr.
The Reardon Law Firm
160 Hempstead Street
New London, CT  06320


                                                     _____/s/ Robert Koosa_____ _____
                                                     Robert Koosa