UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et. al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs | : | 3:00cv1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:00cv1306(JCH), 3:01cv516(JCH), |
| | : | 3:01cv517(JCH), 3:01cv518(JCH), |
| ZIMMER, INC., | : | 3:00cv2270(JCH)] |
| | : | |
| Defendant. | : | JULY 1, 2005 |

**DEFENDANT ZIMMER, INC.'S**
**MOTION FOR PERMISSION TO FILE SUR-REPLY**

Zimmer, Inc. ("Zimmer"), by its attorneys, moves for permission to file its Sur-Reply to

Plaintiffs' Reply in Support of Their Motion to Consolidate.  Mindful of the Court's stated

preference to rely on oral argument to clear up issues raised during briefing, but uncertain as to

whether the Court will hear oral argument on this motion, Zimmer respectfully seeks leave to file

the attached sur-reply.  Plaintiffs' reply asserts a confusing and incorrect interpretation of

Connecticut statutes regarding the allocation by the jury of responsibility to non-parties which, in

Plaintiffs' view, prevents Zimmer from being able to assert that non-parties were the sole

proximate cause of each Plaintiffs' alleged injuries.  Zimmer did not have the opportunity to

address this issue in its opposition to the motion to consolidate because it had not been raised

previously by the Plaintiffs.  A copy of Zimmer's proposed sur-reply is attached hereto as

Exhibit A.

WHEREFORE, Zimmer respectfully moves the Court for its Order granting Zimmer

permission to file its sur-reply.

Dated:  July 1, 2005

Respectfully submitted,
**DEFENDANT, ZIMMER, INC.**


By:  _____
       Albert J. Dahm (ct 21710)
       Michael S. Elvin (ct 21711)
       Dahm & Elvin, LLP
       9604 Coldwater Road, Suite 201
       Fort Wayne, IN  46825
       Telephone:  (260) 497-6000
       Facsimile:  (260) 497-6019

       Francis H. Morrison, III (ct04200)
       Robert E. Koosa (ct26191)
       Day Berry & Howard, LLP
       CityPlace I
       Hartford, CT  06103
       Telephone:  (860) 275-0100
       Facsimile:  (860) 275-0343

## **CERTIFICATION**

       I hereby certify that on July 1, 2005, a copy of the foregoing Zimmer, Inc.'s Defendant Zimmer, Inc.'s Motion for Permission to File Sur-Reply was filed electronically (and served by mail on anyone unable to accept electronic filing) on the parties listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing).  Parties may access this filing through the Court's system.

       Robert I. Reardon, Jr., Esq.
       The Reardon Law Firm, P.C.
       160 Hempstead Street
       P.O. Box 1430
       New London, CT 06320

                                   _____
                                   Robert E. Koosa