UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et. al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs | : | 3:00cv1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:00cv1306(JCH), 3:01cv516(JCH), |
| | : | 3:01cv517(JCH), 3:01cv518(JCH), |
| ZIMMER, INC., | : | 3:00cv2270(JCH)] |
| | : | |
| Defendant. | : | JULY 27, 2005 |

## NOTICE OF UNAVAILABILITY

Trial counsel for Defendant Zimmer, Inc. ("Zimmer") advises the Court that on Monday, July 25, 2005 the United States District Court, District of Minnesota set *final* trial dates in three Centralign matters. The *Lillebo/Reiling v. Zimmer* consolidated matters will be tried November 1 – 21, 2005, and the *George Johnson v. Zimmer* matter will be tried January 10 – 24, 2006. Mr. Reardon is counsel of record in the *Johnson* matter. Zimmer's trial counsel respectfully requests that no trials be scheduled in the above-captioned matters during these periods.

Dated: July 27, 2005

Respectfully Submitted by
DEFENDANT, ZIMMER, INC.

By:   /s/ Robert E. Koosa
Albert J. Dahm
Michael S. Elvin
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN  46825
Telephone:  (260) 497-6000

Francis H. Morrison, III (ct04200)
Allan Taylor (ct05332)
Robert E. Koosa (ct26191)
CityPlace I
Hartford, Connecticut  06103-3499
(860) 275-0100 (tel); (860) 275-0343 (fax)

ATTORNEYS FOR DEFENDANT ZIMMER, INC.

**CERTIFICATE OF SERVICE**

    THIS IS TO CERTIFY THAT on the 27th day of July, 2005, a copy of the foregoing **Notice of Unavailability** was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

          /s/ Robert E. Koosa
          Robert E. Koosa (ct26191)
          Day, Berry & Howard LLP