UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| Plaintiffs, | : | MASTER DOCKET NO. |
| | : | 3:00-cv-1306 (JCH) |
| v. | : | Pertains only to |
| | : | 3:01-cv-518 (JCH) |
| ZIMMER, INC., | : | |
| Defendant. | : | JULY 29, 2005 |

**ORDER RE: ZIMMER, INC.'s RENEWED MOTION FOR SUMMARY JUDGMENT**

On May 31, 2005, this court (Squatrito, J.) granted in part and denied in part the

defendant's motion for summary judgment.  On May 20, 2005, the defendant, Zimmer,

Inc., renewed its motion for summary judgment on the sole grounds that the claims of

plaintiff, Joann Lopes  are barred by the applicable statute of limitations.  That motion

was filed after the deadline for a motion for reconsideration of the court's ruling on the

summary judgment motion had passed.  It was also filed after the deadline for filing of

any dispositive motions had passed.  Nevertheless, the court intends to consider the

merits of Zimmer's argument that Lopes' remaining claims are barred by the applicable

statute of limitations.  Therefore, the court hereby orders the plaintiff to respond to that

argument on its merits and to submit an accompanying Local Rule 56(a)(2) statement

by AUGUST 29, 2005.


**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of July, 2005.



/s/ Janet C. Hall_____
Janet C. Hall
United States District Judge