UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | MASTER DOCKET NO. |
| | : | 3:00cv1306 (JCH) |
| Plaintiffs, | : | [Pertains only to |
| | : | 3:00cv2270 (JCH)] |
| vs. | : | |
| | : | |
| ZIMMER, INC., et al., | : | |
| | : | |
| Defendants. | : | AUGUST 23, 2005 |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, ZIMMER, INC., ("Zimmer"), by and through its undersigned counsel, and pursuant to Rule 83.1 of the Local Rules of the United States District Court for the District of Connecticut, respectfully request that the Court admit Albert J. Dahm, Esquire *pro hac vice* to practice for the purpose of appearing on behalf of Zimmer in the above-captioned action. Zimmer states the following in support of this Motion:

1.   Mr. Dahm is an attorney duly licensed to practice law in the State of Indiana and is engaged in the practice of law in the State of Indiana with the law firm of Dahm & Elvin, LLP, 9604 Coldwater Road, Suite 201, Fort Wayne, Indiana 46825.

2.   Mr. Dahm is a member in good standing of the Arizona, California and Indiana Bars and is authorized to practice before the following courts:

   a.   The United States District Courts for the Northern and Southern Districts of Indiana, the District of Arizona, the Northern, Central, Eastern and Southern Districts of California, and the Eastern and Western Districts of Wisconsin;

      b.      The United States Court of Appeals for the Third, Fourth and Ninth Circuits; and

      c.      The United States Supreme Court.

3.      Mr. Dahm has not been denied admission or been disciplined by this Court or by any other court.

4.      Mr. Dahm is Zimmer's counsel of choice in the above-referenced action. Both Mr. Dahm and his firm have particularized expertise in handling actions such as this.

5.      In the defense of the captioned action, Mr. Dahm has associated with Francis H. Morrison, III, a partner, and Robert E. Koosa, and associate, both with the law firm of Day, Berry & Howard, LLP in Hartford, Connecticut. Both Mr. Morrison and Mr. Koosa are residents of this state and are duly and legally admitted to practice in the State of Connecticut and before this Court.

6.      The $25 fee required by Local Rule 2(d)(2) for admission of each visiting attorney accompanies this motion.

WHEREFORE, Zimmer, Inc. respectfully requests that this Court enter an order admitting Albert J. Dahm *pro hac vice* in the captioned action to appear and defend this action on behalf of Zimmer, Inc.

DEFENDANT, ZIMMER, INC.

By   /s/ Robert E. Koosa
Robert E. Koosa (ct 26191)
*rekoosa@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Albert J. Dahm (ct21710)
Michael S. Elvin (ct21711)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, Indiana  46825
Telephone:  (260) 497-6000
Fax:  (260) 497-6019
E-mail:  *bert.dahm@dahmelvin.com*

## CERTIFICATION

THIS IS TO CERTIFY that on this 23rd day of August, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

Michael S. Elvin
Dahm & Elvin
9604 Coldwater Rd., Suite 201
Fort Wayne, IN 46825

Alison G. Fox
Baker & Daniels
First Bank Bldg., Suite 250
205 W. Jefferson Blvd.
South Bend, IN 46604

  /s/ Robert E. Koosa
Robert E. Koosa