UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | MASTER DOCKET NO. |
| | : | 3:00cv1306 (JCH) |
| Plaintiffs, | : | [Pertains only to |
| | : | 3:00cv2270 (JCH)] |
| vs. | : | |
| | : | |
| ZIMMER, INC., et al., | : | |
| | : | |
| Defendants. | : | AUGUST 22, 2005 |

**AFFIDAVIT OF ALBERT J. DAHM
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Albert J. Dahm, being duly sworn, depose and state:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am a member of the law firm of Dahm & Elvin, LLP, 9604 Coldwater Road, Suite 201, Fort Wayne, Indiana 46825. My office's telephone number is (260) 497-6000. My office's fax number is (260) 497-6019. My e-mail address is *bert.dahm@dahmelvin.com*.

3. I am a member in good standing of the Arizona, California and Indiana Bars; the United States District Courts for the Northern and Southern Districts of Indiana, the District of Arizona, the Northern, Central, Eastern and Southern Districts of California, and the Eastern and Western Districts of Wisconsin and the United States Courts of Appeals for the Third, Fourth and Ninth Circuits; and the United States Supreme Court.

4. I have not been denied admission or disciplined by the United States Court for the District of Connecticut or by any other court.

295133v1

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Albert J. Dahm

Sworn and subscribed to before me the
undersigned this 22nd day of August, 2005.

_____
Notary Public
My Commission Expires: 12-20-07