## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOLORES DUNN, et al.,

    Plaintiffs,

vs.

ZIMMER, INC., et al.

    Defendants.

APPEARANCE

**FILED**
2005 SEP -1  P 12: 11

MASTER DOCKET NO.
3:00cv1306 (JCH)
[Pertains only to
3:00cv2270 (JCH)]

U.S. DISTRICT COURT
BRIDGEPORT, CONN

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:     Zimmer, Inc.

August 29, 2005
Date

ct21710
Connecticut Federal Bar Number

260-497-6000
Telephone Number

260-497-6019
Fax Number

bert.dahm@dahmelvin.com
E-mail address

_____
Signature

Albert J. Dahm
Print Clearly or Type Name

Dahm & Elvin, LLP
Address

9604 Coldwater Rd., Suite 201

Fort Wayne, IN  46825

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    Robert I. Reardon, Jr.
    The Reardon Law Firm, P.C.
    160 Hempstead Street
    P.O. Drawer 1430
    New London, CT  06320

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24