UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:01CV517 (JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 30, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety with prejudice.  The parties have resolved this matter.  Each party shall bear his, her or its own costs and attorneys' fees.

Dated: September   , 2005         By:      /s/ Robert Reardon
                                          Robert Reardon, Jr.
                                          reardonlaw@aol.com
                                          THE REARDON LAW FIRM
                                          160 Hempstead Street, P.O. Drawer 1430
                                          New London, CT  06320
                                          Telephone:  (860) 442-0444
                                          Facsimile:  (860) 444-6445

                                             ATTORNEYS FOR PLAINTIFF,
                                             SONIA FUENTES-WEED

-2-

Dated: September 30, 2005            By:   /s/ Albert J. Dahm
                                                           Albert J. Dahm (pro hac vice)
                                                           bert.dahm@dahmelvin.com
                                                           Michael S. Elvin (pro hac vice)
                                                           DAHM & ELVIN, LLP
                                                           9604 Coldwater Road, Suite 201
                                                           Fort Wayne, IN 46825
                                                           Telephone: (260) 497-6000
                                                           Facsimile: (260) 497-6019

                                                           Francis H. Morrison, III (ct04200)
                                                           fhmorrison@dbh.com
                                                          Robert E. Koosa (ct26191)
                                                          rekoosa@dbh.com
                                                          DAY BERRY & HOWARD, LLP
                                                          CityPlace I
                                                          Hartford, Connecticut  06103-3499
                                                          Telephone:  (860) 275-0100
                                                          Facsimile:  (860) 275-0343

                                                          ATTORNEYS FOR DEFENDANT,
                                                          ZIMMER, INC.

**IT IS SO ORDERED.**

Dated: _____, 2005            _____
                                                          Judge of United States District
                                                          Court For the District Of Connecticut

## CERTIFICATION

  THIS IS TO CERTIFY THAT on October 28, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically (and served by mail on anyone unable to accept electronic filing) on the parties listed below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

  Robert I. Reardon, Jr., Esq.
  The Reardon Law Firm, P.C.
  160 Hempstead Street
  P.O. Box 1430
  New London, CT 06320

            /s/ Robert E. Koosa
            Robert E. Koosa (ct26191)
            Day, Berry & Howard LLP