UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:01CV518 (JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 30, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety <u>with</u> prejudice. The parties have resolved this matter. Each party shall bear his, her or its own costs and attorneys' fees.


Dated: September   , 2005         By:   /s/ Robert Reardon
                                          Robert Reardon, Jr.
                                          THE REARDON LAW FIRM
                                          160 Hempstead Street, P.O. Drawer 1430
                                          New London, CT  06320
                                          Telephone:  (860) 442-0444
                                          Facsimile:  (860) 444-6445

                                              ATTORNEYS FOR PLAINTIFF,
                                              JOANN LOPES

| | |
|---|---|
| Dated: September 30, 2005 | By:   /s/ Albert J. Dahm<br>Albert J. Dahm (pro hac vice)<br>bert.dahm@dahmelvin.com<br>Michael S. Elvin (pro hac vice)<br>DAHM & ELVIN, LLP<br>9604 Coldwater Road, Suite 201<br>Fort Wayne, IN 46825<br>Telephone: (260) 497-6000<br>Facsimile: (260) 497-6019<br><br>Francis H. Morrison, III (ct04200)<br>fhmorrison@dbh.com<br>Robert E. Koosa (ct26191)<br>rekoosa@dbh.com<br>DAY BERRY & HOWARD, LLP<br>CityPlace I<br>Hartford, Connecticut  06103-3499<br>Telephone:  (860) 275-0100<br>Facsimile:  (860) 275-0343<br><br>ATTORNEYS FOR DEFENDANT,<br>ZIMMER, INC. |

**IT IS SO ORDERED.**

Dated: _____, 2005

                                              Judge of United States District<br>
                                              Court For the District Of Connecticut

## **CERTIFICATION**

       THIS IS TO CERTIFY THAT on October 28, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically (and served by mail on anyone unable to accept electronic filing) on the parties listed below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

    Robert I. Reardon, Jr., Esq.
    The Reardon Law Firm, P.C.
    160 Hempstead Street
    P.O. Box 1430
    New London, CT 06320

                                             /s/ Robert E. Koosa
                                             Robert E. Koosa (ct26191)
                                             Day, Berry & Howard LLP