UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:00CV1306 (JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 30, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety with prejudice. The parties have resolved this matter. Each party shall bear his, her or its own costs and attorneys' fees.

Dated: September   , 2005        By:   /s/ Robert Reardon
                                       Robert Reardon, Jr.
                                       THE REARDON LAW FIRM
                                       160 Hempstead Street, P.O. Drawer 1430
                                       New London, CT  06320
                                       Telephone:  (860) 442-0444
                                       Facsimile:  (860) 444-6445

                                       ATTORNEYS FOR PLAINTIFFS,
                                       DOLORES DUNN and DONALD DUNN

Dated: September 30, 2005     By: /s/ Albert J. Dahm
                                                             Albert J. Dahm (pro hac vice)
                                                             bert.dahm@dahmelvin.com
                                                             Michael S. Elvin (pro hac vice)
                                                             DAHM & ELVIN, LLP
                                                             9604 Coldwater Road, Suite 201
                                                             Fort Wayne, IN 46825
                                                             Telephone: (260) 497-6000
                                                             Facsimile: (260) 497-6019

                                                             Francis H. Morrison, III (ct04200)
                                                             fhmorrison@dbh.com
                                                             Robert E. Koosa (ct26191)
                                                             rekoosa@dbh.com
                                                             DAY BERRY & HOWARD, LLP
                                                            CityPlace I
                                                             Hartford, Connecticut 06103-3499
                                                             Telephone: (860) 275-0100
                                                             Facsimile: (860) 275-0343

                                                             ATTORNEYS FOR DEFENDANT,
                                                             ZIMMER, INC.

**IT IS SO ORDERED.**

Dated: _____, 2005     _____
                                                             Judge of United States District
                                                             Court For the District Of Connecticut

## **CERTIFICATION**

      THIS IS TO CERTIFY THAT on October 28, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically (and served by mail on anyone unable to accept electronic filing) on the parties listed below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

    Robert I. Reardon, Jr., Esq.  
    The Reardon Law Firm, P.C.  
    160 Hempstead Street  
    P.O. Box 1430  
    New London, CT 06320  

                                            /s/ Robert E. Koosa  
                                            Robert E. Koosa (ct26191)  
                                            Day, Berry & Howard LLP