UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:01CV516 (JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 30, 2005 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety with prejudice. The parties have resolved this matter. Each party shall bear his, her or its own costs and attorneys' fees.

Dated: September  , 2005         By:   /s/ Robert Reardon
                                        Robert Reardon, Jr.
                                        THE REARDON LAW FIRM
                                        160 Hempstead Street, P.O. Drawer 1430
                                        New London, CT  06320
                                        Telephone:  (860) 442-0444
                                        Facsimile:  (860) 444-6445

                                        ATTORNEYS FOR PLAINTIFFS,
                                        JOHN VINO and CYNTHIA VINO

Dated: September 30, 2005        By:   /s/ Albert J. Dahm
                                               Albert J. Dahm (pro hac vice)
                                               bert.dahm@dahmelvin.com
                                               Michael S. Elvin (pro hac vice)
                                               DAHM & ELVIN, LLP
                                               9604 Coldwater Road, Suite 201
                                               Fort Wayne, IN 46825
                                               Telephone: (260) 497-6000
                                               Facsimile: (260) 497-6019

                                               Francis H. Morrison, III (ct04200)
                                               fhmorrison@dbh.com
                                               Robert E. Koosa (ct26191)
                                               rekoosa@dbh.com
                                               DAY BERRY & HOWARD, LLP
                                               CityPlace I
                                               Hartford, Connecticut  06103-3499
                                               Telephone:  (860) 275-0100
                                               Facsimile:  (860) 275-0343

                                               ATTORNEYS FOR DEFENDANT,
                                               ZIMMER, INC.

**IT IS SO ORDERED.**

Dated: _____, 2005        _____
                                               Judge of United States District
                                               Court For the District Of Connecticut

## CERTIFICATION

  THIS IS TO CERTIFY THAT on October 28, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically (and served by mail on anyone unable to accept electronic filing) on the parties listed below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

  Robert I. Reardon, Jr., Esq.
  The Reardon Law Firm, P.C.
  160 Hempstead Street
  P.O. Box 1430
  New London, CT 06320

               /s/ Robert E. Koosa
               Robert E. Koosa (ct26191)
               Day, Berry & Howard LLP