UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:00CV2270 (JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 30, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety with prejudice. The parties have resolved this matter. Each party shall bear his, her or its own costs and attorneys' fees.

Dated: September  , 2005         By:    /s/ Robert Reardon
                                        Robert Reardon, Jr.
                                        THE REARDON LAW FIRM
                                        160 Hempstead Street, P.O. Drawer 1430
                                        New London, CT  06320
                                        Telephone:  (860) 442-0444
                                        Facsimile:  (860) 444-6445

                                           ATTORNEYS FOR PLAINTIFF,
                                           JAMES JOHANNSEN

Dated: September 30, 2005          By:   /s/ Albert J. Dahm
                                                          Albert J. Dahm (pro hac vice)
bert.dahm@dahmelvin.com
Michael S. Elvin (pro hac vice)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019

Francis H. Morrison, III (ct04200)
fhmorrison@dbh.com
Robert E. Koosa (ct26191)
rekoosa@dbh.com
DAY BERRY & HOWARD, LLP
CityPlace I
Hartford, Connecticut  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343

ATTORNEYS FOR DEFENDANT,
ZIMMER, INC.

**IT IS SO ORDERED.**

Dated: _____, 2005          _____
                                                     Judge of United States District
Court For the District Of Connecticut

## **CERTIFICATION**

       THIS IS TO CERTIFY THAT on October 28, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically (and served by mail on anyone unable to accept electronic filing) on the parties listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing).  Parties may access this filing through the Court's system.

    Robert I. Reardon, Jr., Esq.
    The Reardon Law Firm, P.C.
    160 Hempstead Street
    P.O. Box 1430
    New London, CT 06320

                                          /s/ Robert E. Koosa
                                          Robert E. Koosa (ct26191)
                                          Day, Berry & Howard LLP

3