## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, ET AL | : | |
|     Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3-00-cv-1306 (JCH) |
| v. | : | |
| | : | |
| ZIMMER, INC. | : | JANUARY 20, 2006 |
|     Defendant | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purpose:

_____   All purposes

\_\_\_\_   A ruling on all pretrial motions except dispositive motions

\_\_\_\_   To supervise discovery and resolve discovery disputes

_____   A ruling on the following motion(s) which are currently pending:

\_\_\_\_   A Rule 26(f) Conference [See Dkt. \_\_\_ ]

_____ √ \_\_\_   A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of January, 2006.

                                                    /s/ Janet C. Hall
                                                  Janet C. Hall
                                                  United States District Judge