UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:02CV637(JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | **FEBRUARY 1, 2006** |

## STIPULATED MOTION TO AMEND CASE CAPTION

The parties jointly bring this Motion to Amend Case Caption. In support of this motion, the parties show the Court the following:

1. The Bogdans filed their original complaint on April 10, 2002 under Case No. 3:02 CV637, styled Stacia S. Bogdan and Frank Bogdan, Plaintiffs, v. Zimmer, Inc., Defendant.

2. On July 18, 2002, this matter was consolidated with Dolores Dunn and Donald Dunn v. Zimmer, Inc., Case Number 3:00 CV 1306 (JCH), Sonia Fuentes-Weed v. Zimmer, Inc., Case Number 3:01 CV 517 (JCH), James Johannsen v. Zimmer, Inc., Case Number 3:00 CV 2270 (JCH), Joann Lopes v. Zimmer, Inc., Case Number 3:01 CV 518 (JCH) and John Vino and Cynthia Vino v. Zimmer, Inc., Case Number 3:01 CV 516 (JCH), all of matters previously having been consolidated for purposes of discovery only.

3. Dunn was the lead case or the Master Consolidated Case under which the other cases were consolidated. All pleadings were to include in their caption the Master Consolidated Case Name and the Docket Number. (See October 2, 2001 Notice to Counsel re: Consolidation.) (Exhibit 1.) This captioning from time to time, has led to confusion.

4. On March 29, 2005 this Court granted Zimmer's motion for summary judgment in its entirety in the Bogdan matter. The Bogdans appealed.

5. In the meantime, <u>Dunn</u>, <u>Fuentes-Weed</u>, <u>Johannsen</u>, <u>Lopes</u> and <u>Vino</u> were amicably resolved and subsequently dismissed, with prejudice, on November 4, 2005.

6. On January 6, 2006, the Second Circuit remanded the Bogdan matter back to this Court.

7. In light of the fact that this is the only remaining matter and given the confusion the consolidated caption has generated, the parties respectfully request that the caption of this case should be amended to reflect these Plaintiffs' names and the original case number assigned to the Bogdan matter only; the parties further request that filings be made only as to this matter and not under the former lead case, <u>Dunn</u>.

WHEREFORE, the parties, by agreement, respectfully request that the Court amend the caption to reflect the names of Plaintiffs Stacia S. Bogdan and Frank Bogdan and the case number originally assigned to the Bogdans' complaint, Civil Action No. 3:02 CV 637 (JCH), and for all other just and proper relief.

Dated: February 1, 2006     By:/Robert Reardon, Jr.
                            Robert Reardon, Jr.
                            THE REARDON LAW FIRM
                            160 Hempstead Street, P.O. Drawer 1430
                            New London, CT  06320
                            Telephone:  (860) 442-0444
                            Facsimile:  (860) 444-6445

                            ATTORNEYS FOR PLAINTIFFS,
                            STACIA BOGDAN and FRANK BOGDAN

Dated: February 1, 2006	By:/s Albert J. Dahm
Albert J. Dahm (pro hac vice)
Michael S. Elvin (pro hac vice)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019


Francis H. Morrison, III (ct04200)
Robert E. Koosa (ct26191)
DAY BERRY & HOWARD, LLP
CityPlace I
Hartford, Connecticut  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343

ATTORNEYS FOR DEFENDANT,
ZIMMER, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2006, a copy of the foregoing Stipulated Motion to Amend Case Caption was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      By:/s Albert J. Dahm
      Albert J. Dahm (ct21710)
      DAHM & ELVIN, LLP
      9604 Coldwater Road, Suite 201
      Fort Wayne, IN 46825
      Telephone: (260) 497-6000
      Facsimile: (260) 497-6019
      E-mail: bert.dahm@dahmelvin.com