UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOLORES DUNN, et al., | : | |
| | : | MASTER DOCKET NO. |
| Plaintiffs, | : | 3:00CV1306 (JCH) |
| | : | [Pertains only to |
| v. | : | 3:02CV637(JCH)] |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | **FEBRUARY 1, 2006** |

### **(PROPOSED) ORDER RE STIPULATED MOTION TO AMEND CASE CAPTION**

The Court, having considered the parties' joint motion to amend the case caption, hereby grants the parties' joint motion as follows:

IT IS HEREBY ORDERED that the caption be amended as follows:

| | | |
|---|---|---|
| STACIA S. BOGDAN and, | : | |
| FRANK BOGDAN, | : | |
| | : | CAUSE NO. 3:02CV637(JCH) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ZIMMER, INC., | : | |
| | : | |
| Defendant. | : | |

Dated: _____, 2006          _____
                                    JANET C. HALL
                                    United States District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2006, a copy of the foregoing (Proposed) Order re Stipulated Motion to Amend Case Caption was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      By:/s Albert J. Dahm
Albert J. Dahm (ct21710)
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019
E-mail: bert.dahm@dahmelvin.com